Rosede Augustus Hudson II Bey
C/o 137 Danehorg Road
near Durham Terratory
North Carolina Republic [27703]

CERTIFIED MAIL
7016 1970 0001 0348 6845

INSPECTED

Attn: John S. Brubaker, Clerk
United States District Court
324 West Market Street
Greensboro, North Carolina [27401-2544]

RECEIVED
In the U.S. Office
APR 06 2017
CLERK U.S. DISTRICT COURT
GREENSBORO, NC


U.S. POSTAGE PAID
PORTSMOUTH, VA
23703
APR 04 17
AMOUNT
$6.84
R2303S103637-13


1000
27401

To Be Open By John S. Brubaker Only

LIFEGUARD

To Be Open By John S. Brubaker Only