# United States District Court

Middle District of North Carolina
324 W. Market Street
Greensboro, North Carolina 27401-2544

John S. Brubaker, Clerk

TELEPHONE: 336.332.6000

March 27, 2017

Roscoe Augustus Hudson II, Bey
C/O 137 Daneborg Road
Durham, NC 27703

    Re:    New Case Filing

Dear Mr. Hudson:

    The Clerk's office is in receipt of your paperwork wherein it appears you are trying to file a new civil action. Please be advised that any new civil action must be accompanied by a civil cover sheet, and a $400.00 filing or a completed Application to Proceed In Forma Pauperis. Since your paperwork did not include these items I am returning it to you along with a pro se guide to filing a new civil action, a civil cover sheet and the application to proceed in forma pauperis.

    Thank you for your attention to this matter. Should you have questions, please do not hesitate to contact our office.

Sincerely,

Michelle Coyne
Deputy Clerk

:mlc
enclosures