## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ _____
☐ Return Receipt (electronic) $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Postmark Here

Sent To: United States District Court
Street and Apt. No., or PO Box No.: 324 West Market Street
City, State, ZIP+4®: Greensboro, North Carolina

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

Tracking: 7016 1970 0001 0348 6845

---

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ _____
☐ Return Receipt (electronic) $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Postmark Here

Sent To: Rex W. Tillerson, Secretary State
Street and Apt. No., or PO Box No.: 2201 C Street N.W.
City, State, ZIP+4®: Washington, DC 20520

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

Tracking: 7016 1970 0001 0348 6852



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

WASHINGTON DC 20520  OFFICIAL USE

Certified Mail Fee  $3.35
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $0.00
☐ Return Receipt (electronic)  $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required  $0.00
☐ Adult Signature Restricted Delivery  $
Postage  $2.45
Total Postage and Fees  $5.80

Postmark Here — MAR 21 2017 PORTSMOUTH

Sent To: Rex W. Tillerson, Secretary State
Street and Apt. No., or PO Box No.: 2201 C. Street N.W.
City, State, ZIP+4®: Washington D.C. 20520

7016 1970 0001 0348 6838

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

GREENSBORO NC 27401  OFFICIAL USE

Certified Mail Fee  $3.35
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $0.00
☐ Return Receipt (electronic)  $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required  $0.00
☐ Adult Signature Restricted Delivery  $
Postage  $2.45
Total Postage and Fees  $5.80

Postmark — MAR 21 2017 PORTSMOUTH 03/21/2017

Sent To: John S. Brubaker, Clerk
Street and Apt. No., or PO Box No.: 324 West Market Street
City, State, ZIP+4®: Greensboro NC 27401

7016 1970 0001 0348 6821

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee  $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery  $
Postage  $
Total Postage and Fees  $

Postmark Here

Sent To: Betsy DeVos, U.S. Secretary of Education
Street and Apt. No., or PO Box No.: 400 Maryland Avenue, SW
City, State, ZIP+4®: Washington District of Columbia 20202

7016 2710 0001 0556 6689
7016 2710 0001 0556 6689

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

CERTIFIED MAIL
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

---

```
                    CHURCHLAND
              3590 TOWNE POINT RD
                    PORTSMOUTH
                         VA
                    23703-9998
                    5172310703
03/21/2017     (800)275-8777    9:41 AM
=========================================
=========================================
Product                 Sale      Final
Description             Qty       Price

First-Class              1        $5.10
Intl
Large Envelope
  (International)
  (Netherlands)
  (Weight:0 Lb 3.10 Oz)
-----------------------------------------
Total                             $5.10
-----------------------------------------
Cash                              $5.10

*****************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
*****************************************

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.


*****************************************
Get your mail when and where you want
```

```
===============================
       CHURCHLAND
    3590 TOWNE POINT RD
       PORTSMOUTH
           VA
        23703-9998
        5172310703
      (800)275-8777
04/04/2017                11:51 AM
===============================================
Product                  Sale    Final
Description              Qty     Price
===============================================
First-Class               1      $6.04
Intl
Large Envelope
  (International)
  (Netherlands)
  (Weight:0 Lb 4.80 Oz)

Total                            $6.04
Cash                             $6.04

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Get your mail when and where you want
it with a secure Post Office Box. Sign
up for a box online at
usps.com/pobox
```