

THE MOORISH NATIONAL REPUBLIC
FEDERAL GOVERNMENT NORTHWEST AFRICA.
THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.
*Northwest Amexem / Northwest Africa / North America.*
'The North Gate'.
Societas Republicae Ea Al Maurikanos.
Aboriginal and Indigenous Natural Peoples of the Land.
The true and de jure Al Moroccans / Americans    1:17CV320
For The Record, To be Read Into The Record
Notice to Agent is Notice to Principal - Notice to Principal is Notice to Agent

# Writ of Mandamus
Case No: # 7016 1970 0001 0348 6760

March 21th, 2017

Roscoe Augustus Hudson II Bey; [Jr.],
Moor American National, Authorized
Representative, Natural Person, In Propria Persona Sui Juris;
All Rights Reserved Allodial without Recourse with Prejudice
Tamare Territory
North Carolina Republic
[c/o 137 Daneborg Road]
[Near DURHAM NORTH CAROLINA [27703]]
Northwest Amexem
Al Maghrib Al'Aqsa / Morocco / Al Moroc / America

v.

Roy Cooper, GOVERNOR
North Carolina Republic
20301 Mail Service Center
Raleigh, North Carolina [27699-0301]
Tracking # 7016 1970 0001 0348 6791

Terry McAuliffe, GOVERNOR
Virginia Commonwealth Republic
P.O. Box 1475
Richmond, Virginia [23218]
Tracking # 7016 1970 0001 0348 6807

Tom Wolf, GOVERNOR
Pennsylvania Commonwealth Republic
508 Main Capitol Building
Harrisburg, Pennsylvania [17120]
Tracking # 7016 1970 0001 0348 6814

COMES NOW, **Roscoe Augustus Hudson II Bey**, Natural Person, In Propria Persona Sui Juris (not to be confused with, nor substituted by, Pro Se by unauthorized hand of another). I am Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance and Primogeniture Status; standing squarely affirmed, aligned and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America. Being a descendant of Moroccans and born in America, with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate. The Moors are the founders and are the true possessors of the present Moroccan Empire; with our Canaanite, Hittite and Amorite brethren, who sojourned from the land of Canaan, seeking new homes. Our dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the Adjoining Islands-bound squarely affirmed to THE TREATY OF

PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D. superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the United States (http://www.yale.edu/lawweb/avalon/diplomacy/barbary/barl866t.htm or at Bevines Law Book of Treaties) the same as displayed under Treaty Law, Obligation, Authority as expressed in Article VI of the Constitution for the United States of America (Republic):

## THE TREATY OF PEACE AND FRIENDSHIP OF 1836 A.D.
### Between Morocco and the United States
### Article 20
"If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties, and whenever the Consul shall require any Aid or Assistance from our Government, to enforce his decisions, it shall be immediately granted to him."
### Article 21
"If any Citizen of the United States should kill or wound a **Moor**, or, on the contrary, if a **Moor** shall kill or wound a Citizen of the United States, the Law of the Country shall take place, and equal Justice shall be rendered, the Consul assisting at the Trial; and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever."

Petitions this court to issue a Writ of Mandamus to order **Roy Cooper, Terry McAuliffe, and Tom Wolf who are GOVERNORS, CEO's and TRUSTEES**, to honor the Default Judgment filed on March 1, 2017 as the Writ of Discovery submitted was not honored. These Governors are being address due to that acts that were committed within their corporate jurisdiction operating at/on the Aboriginal and Indigenous Natural Peoples of the Land, the true and de jure Al Moroccans / Americans, ancestral estate. In support of this petition I state for the record the follow have received copies of the Affidavit of Fact: In the Nature of Discovery and an Affidavit of Facts: Notice of Default Judgment:

1. FLAGSHIP CREDIT ACCEPTANCE LLC via certified mail receipt # 70160910000157158812
2. John F. Kerry, UNITED STATES OF AMERICA SECRETARY OF STATE (FORMER) via certified mail receipt # 70160910000157158829 / 70160910000065886388
3. Michael C. Ritter; PRESIDENT and CHIEF EXECUTIVE OFFICER of FLAGSHIP CREDIT ACCEPTANCE LLC via certified mail receipt #70161970000103473166/ 70161970000103473142
4. Charles J. Chaput, ARCHDIOCESE OF PHILADELPHIA via certified mail receipt #70161970000103473173
5. Bruce R. Beemer, PENNSYLVANIA ATTORNEY GENERAL via certified mail receipt # 70160910000065886425
6. C.T. Woody; Jr; SHERIFF of the CITY OF RICHMOND via certified mail receipt # 70161970000103473135 / 70160910000157156528
7. Mark R. Herring, COMMONWEALTH of VIRGINIA ATTORNEY GENERAL via certified mail receipt # 70160910000065886371 / 70160910000157159727
8. Barbara K. Cegavske, STATE of NEVADA SECRETARY of STATE via certified mail receipt #70160910000065886395
9. Kevin D. Purnell, PLLC via certified mail receipt #70160910000065886364 / 70161970000103472824 / 70160910000157156504
10. James S. Lee, OWNER OF RIVER CITY RECOVERY LLC via certified mail receipt #70161970000103473159 / 70161970000103473180 / 70160910000157156511
11. Jacob J. Lew, SECRETARY OF THE TREASURY (FORMER) via certified mail receipt # 70160910000065886432
12. Antonio Guterres, SECRETARY-GENERAL OF THE UNITED NATIONS via certified mail receipt #70160910000065886418 / 70160910000157159734 / 70161970000103486784
13. Michael L. Wade, SHERIFF-COUNTY OF HENRICO, VIRGINIA via certified mail receipt #70160910000157156535
14. MANHEIM AUCTION STATESVILLE via certified mail receipt #70161970000103486715
15. Roy Cooper, GOVERNOR OF THE STATE OF NORTH CAROLINA via certified mail receipt #70161970000103486685 / 70161970000103486760
16. Terry McAuliffe, GOVERNOR OF THE COMMONWEALTH OF VIRGINIA via certified mail receipt #70161970000103486692 / 70161970000103486777
17. Tom Wolf, GOVERNOR OF THE COMMONWEALTH OF PENNSYLVANIA via certified mail receipt #70161970000103486708 / 70161970000103486753
18. Meng Hongwei, General Secretariat, PRESIDENT of INTERPOL France via First-Class International
19. International Court of Justice Netherlands via First-Class International
20. Pope Francis, THE PONTIFF, VATICANO, 00120, CITTA DEL VATICANO via First-Class International

**The right to act comes with the responsibility to act!**

## Argument in Support of Writ of Mandamus

### FACTS

*Civil Order July 4, 2014*

"Any expense or damage incurred by these organic states or any American State Citizen as a result of actions undertaken by any federal agency personnel acting as armed mercenaries on American State soil will be understood as the result of violent **crimes** committed against the peaceful inhabitants of the land and will incur immediate judgment liquidating the assets of the International Monetary Fund (IMF) and the Federal Reserve (FEDERAL RESERVE) in payment of the stipulated reparations. Such crimes shall also be considered contract default increasing the public debt **subject to bounty**. Any and all corporate officers of the UNITED STATES or any successor organization(s) inheriting "federal" service contracts who support, condone, or promote such crimes against the American States or against American State Citizens shall be subject to arrest and prosecution for commercial and violent crimes.

All foreign officials operating as elected or appointed officials of the United States of America (minor) who support, condone, or promote such crimes against the American States or against American State Citizens shall be subject to arrest, confiscation of their assets, and deportation to Puerto Rico, Guam, or such other "states" as may be willing to receive them. Such "foreign officials" include members of the American and British Bar Associations who were licensed to act as privateers against the interests of the American States and the American State Citizens from 1845 to 2013 in flagrant Breach of Trust. All such licenses are now extinguished. Members of the Bar Associations are required to cease and desist assaults against the American States and American State Citizens and shall be subject to arrest, confiscation, and deportation otherwise.

Insomuch as corporate officers operating the United States of America, Incorporated, and the UNITED STATES have contrived under conditions of fraud and semantic deceit to re-venue the estates of the American States and living American State Citizens to the foreign jurisdiction of the United States of America (minor) they are found guilty of capital crimes, including acts of fraud and treason committed between 1933 and 1945, and are condemned posthumously. Insomuch as elected officials operating the United States of America (minor) have similarly committed war crimes against the American States and their peaceful inhabitants during the same time period, they stand condemned posthumously. No enforcement upon any American State or American State Citizen is owed as a result of any "Act" of any "Congress" operating as the sovereign government of the United States of America (minor) nor as the Board of Directors or Board of Trustees of any incorporated entity whatsoever.

All those (E)states and ESTATES erroneously believed to represent the American States and American State Citizens and which were conveyed by fraud and legal deceit to the United States of America (minor) and more recently to the City-State of the United Nations, are re-venued without exception to the geographically defined American States and the American State Citizens where they shall remain in perpetuity as assets belonging to the rightful and lawful beneficiaries. All legal fiction entities however structured and named after the American States and American State Citizens are returned to them and their control, free and clear of any debt, promise, encumbrance or obligation alleged against them as a result of false claims made "in their behalf" by officers of the United States of America, Inc. and the UNITED STATES, INC. or by any foreign officials operating the United States of America (minor), or the United Nations City State falsely claiming to "represent" them or have jurisdiction over them. We note that the current circumstance is in part the result of criminal acts engaged in 150 years ago, which resulted in the **commercial** enslavement of Moorish Americans (African Americans) who were summarily claimed as chattels backing "US government" debt in the wake of the Civil War".

*General Civil Order June 10, 2014*

"Other corporate entities, notably the FEDERAL RESERVE and INTERNATIONAL MONETARY FUND, which are responsible for creating and promoting this fraud are to be recognized and dealt with appropriately as international dealers in fraud and usury. Moorish American have in the past been considered "US citizens" because that is the only "citizenship" they were ever granted after the Civil War, a grave error of justice that resulted in them only having "civil rights" which are privileges granted by the "US Congress" instead of the "Natural and Unalienable Rights" they are naturally heir to. They were also claimed as chattel backing the debts of the United States of America, Incorporated, despite both national and international prohibitions abolishing slavery and peonage. A prompt correction is available from the organic states and by proclamation of these organic states, they are granted full and immediately recognizable status as "American Nationals" owed all the "Natural and Unalienable Rights" of any other organic State Citizen, no matter which geographically defined state they may inhabit on the land."

All Law is contract therefore in order for any claim to be made the contract must be produced. For Governors named to imply that the Writ in the Nature of Discovery does not have to be honored is a violation of my Constitutionally Secured Rights to Due Process of Law.

*The 5th Amendment required that all persons within the United States must be given due process of the law and equal protection of the law.*

*"The Constitution for the United States of America binds all judicial officers at Article 6, wherein it does say, "This Constitution and the Laws of the United States which shall be made in pursuance thereof, and all Treaties made, or which shall be made under the authority of the United States, shall be the Supreme Law of the Land, and the Judges of every State shall be bound thereby, anything in the Constitution or laws of any state to the Contrary, not withstanding," see Clause 2."*

As the Governors and Chief Executive Officers operating a foreign French corporation known as State of and/or Commonwealth of, on my ancestral estate, you are bound by Oath to uphold the Constitution for the United States of America and Treaties, along with the Rights of Indigenous Peoples.

*"The parties to the Compact of the United States Constitution further agreed that the enumeration in the Constitution of certain Rights shall not be construed to deny or disparage others retained by the People (Article 9 of the Bill of Rights to the Constitution for the United States)."*

*"When acting to enforce a statue and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts in administering or enforcing statues do not act judicially, but merely ministerially". Thompson v. Smith 154 SE 583.*

*Courts in administrative issues are prohibited from even listening to or hearing arguments, presentation, or rational." ASIS v. US, 568 F2d 284.*

*Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities." Burns v. Supp. Ct., SF, 140 Cal. 1.*

*"Article 1 Section 10"* of the *"American Republic Constitution"*

*"No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any "thing" but "gold and silver"; coin a 'Tender' in Payment of 'Debts"; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or "grant" any "Title of Nobility".*

As a Governors who should be well versed in law or have in their jurisdiction one that is well versed in law, the refusal to honor the Writ in the Nature of Discover and Notice of Default Judgment is a violation of their oath of office.

## Nature of Relief Sought

As the Writ in the Nature of Discovery was not honored, the Notice of Default Judgment (case # 7016 1970 0001 0348 6760), must be honored and all claims, petitions, suits, fillings with any third party corporations regarding my credit history be dismissed and expunged. Any and all corporate officers of the UNITED STATES or any successor organization(s) inheriting "federal" service contracts who support, condone, or promote such crimes against the Aboriginal and Indigenous Natural Peoples of the Land, the true and de jure Al Moroccans / Americans, shall be subject to arrest and prosecution for Birthright Theft and Human Trafficking for starters.

This action seeks the Court to issue a Writ of Mandamus compelling **Roy Cooper, Terry McAuliffe, and Tom Wolf who are GOVERNORS, CEO's and TRUSTEES**, to honor the Default Judgment in which they were ordered to satisfy within 72 hours after receiving. Though the unlawful acts committed against me at this time are minor compared to those committed against the rest of the heir of this vast estate, there shouldn't be any problem addressing this matter quickly. I am also sure that the United States of America Corporation(s) elected and appointed officials will be addressing the unlawful acts committed against Aboriginal and Indigenous Natural Peoples of the Land, the true and de jure Al Moroccans / Americans, and will from this point forward honor the Rights of Indigenous People, Constitution FOR the United States of America and Treaties.

Respectfully submitted this the 21th day of March, 2017 = 1436 M.C.

Honorably,

I Am: *[signature]*
Roscoe Augustus Hudson II Bey; [Jr.],
Moor American National, Authorized
Representative, Natural Person, In Propria Persona
Sui Juris:
Ex Relatione: ROSCOE AUGUSTUS HUDSON; JR.

Page 4 of 5

Case 1:17-cv-00320-TDS-LPA   Document 2   Filed 04/06/17   Page 4 of 5

All Rights Reserved Allodial without Recourse with
Prejudice
Tamare Territory
North Carolina Republic
[c/o 137 Daneborg Road]
[Near DURHAM NORTH CAROLINA
[27703]]
Northwest Amexem
Al Maghrib Al'Aqsa/ Al Morocco