

THE MOORISH NATIONAL REPUBLIC
FEDERAL GOVERNMENT NORTHWEST AFRICA.
THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.
*Northwest Amexem / Northwest Africa / North America.*
'The North Gate'.
Societas Republicae Ea Al Maurikanos.
Aboriginal and Indigenous Natural Peoples of the Land.
The true and de jure Al Moroccans / Americans

## Affidavit of Fact
### Notice of Default Judgment

For The Record, To be Read Into The Record
Notice to Agent is Notice to Principal - Notice to Principal is Notice to Agent
# 7016 1970 0001 0348 6760

Nunc Pro Tunc

United States Republic Postmaster Article No: 7016 1970 0001 0348 6685

**RE:** "Affidavit of Fact" date received 02/08/2017.

Per the United States Republic Postmaster the Affidavit of Fact: Writ in the Nature of Discovery was received by **Honorable Roy Cooper, North Carolina Republic Governor and Executive Officer / Trustee, d.b.a the State of North Carolina and any Trustee(s)**. Deadline for receipt of documentation was 02/18/2017. Since the request was not answered, those things stated stand as true. Due to the severity of these acts committed against me, an heir of my Ancestral Estate: North, South, Central, Amexem /Africa/America, I know you will address this matter with urgency. Below you will find others that were notified due to their involvement in the matter at hand. They were notified via Certified Mail and were received:

**Honorable Terry McAuliffe, Governor at Virginia Commonwealth, d.b.a. a color of law GOVERNOR and CORPORATE EXECUTIVE OFFICER / TRUSTEE OF THE COMMONWEALTH OF VIRGINIA**
**Virginia Commonwealth Republic**
P.O. Box 1475
Richmond, Virginia [23218]
Tracking # 7016 1970 0001 0348 6692

**Honorable Tom Wolf, Governor at Pennsylvania Commonwealth, d.b.a. a color of law GOVERNOR and EXECUTIVE OFFICER /TRUSTEE OF THE COMMONWEALTH OF PENNSYLVANIA**
**Pennsylvania Commonwealth Republic**
508 Main Capitol Building
Harrisburg, Pennsylvania [17120]
Tracking # 7016 1970 0001 0348 6708

**Manheim Auction Statesville**
145 Auction Lane
Statesville, North Carolina [28625]
Tracking # 7016 1970 0001 0348 6715

I, me, **Roscoe Augustus Hudson II Bey**, Consul, not to be scribed anywhere without my exclusive and express consent, or to be scribed in ALL CAPITAL LETTERS by ANY UNLAWFUL hand, **Free Moor American, Free White Person, Aboriginal Indigenous to the Land, In Propria Persona, Natural Being with the original, Political Jurisdiction Moor American National on my Ancestral Estate and National Domicile of my Ancient Foremothers and Forefathers...by Birthright, and I do not waive any of my Unalienable / Inalienable Rights.**

The only lawful venue, according to the North American Republic Constitution FOR the United States of America, upon which you have taken the Oath to uphold, *Article 3, section 2, paragraph 2, is the Supreme Court where it is written, "In all Cases affecting Ambassadors, other public Ministers and Consuls, and those in which a state shall be Party, the Supreme Court shall have original Jurisdiction."*

Also, *Article 4, section 4 is clearly written, "The United States shall guarantee to every state in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the legislature cannot be convened) against domestic Violence.*

Additionally, *Article 6 clearly states, "All debts contracted and Engagements entered into, before the Adoption of this Constitution, shall be valid against the United States under this Constitution, as under the Confederation.*

*This Constitution, and the Laws of the United States which be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.*

*The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States."*

Due to the non-disclosure of the terms and conditions of the contract in question, it is void by law and also a misrepresentation of my character in fact. This "Demand for Payment and Confiscation of my property" is outside of the Constitutional fold of government that protects my **Unalienable / Inalienable rights, whereas, the North American Republic Constitution FOR the United States of America is the Supreme law of the land.**

*Article 1, section 10 – "No state shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or Grant any Title of Nobility."* The United States Federal Government has been dissolved by the Emergency Banking Act, March 9, 1933, 48 Stat. 1, and Public Law – 719; declared by President Roosevelt, being bankrupt and insolvent, H.J.R. 192, 73rd Congress session June 5, 1933 and reads as follows:

Speaker-Rep. James Traficant, Jr. (Ohio) addressing the House:

"Mr. Speaker, we are here now in chapter 11. Members of Congress are official trustees presiding over the greatest reorganization of any Bankrupt entity in world history, the U.S. **Government (Corporation).** We are setting forth hopefully, a blueprint for our future. There are some who say it is a coroner's report that will lead to our demise.

It is an established fact that the United States Federal Government has been dissolved by the Emergency Banking Act, March 9, 1933, 48 Stat. 1, Public Law 89-719; declared by President Roosevelt, being bankrupt and insolvent. H.J.R. 192, 73rd Congress session June 5, 1933 - Joint Resolution to Suspend the Gold Standard and Abrogate the Gold Clause dissolved the Sovereign Authority of the United States and the official capacities of all United States Governmental Offices, Officers, and Departments and is further evidence that the United States Federal Government exists today in name only.

The receivers of the United States Bankruptcy are the International Bankers, via the United Nations, the World Bank and the International Monetary Fund. All United States Offices, Officials, and Departments are now operating within a **de facto status in name only** under Emergency War Powers. With the Constitutional Republican form of Government now dissolved, the receivers of the Bankruptcy have adopted a new form of government for the United States. This new form of government is known as a Democracy, being an established Socialist/Communist order under a new governor for America. This act was instituted and established by transferring and/or placing the Office of the Secretary of Treasury to that of the Governor of the International Monetary Fund. Public Law 94-564, page 8, Section H.R. 13955 reads in part: "The U.S. Secretary of Treasury receives no compensation for representing the United States?'

**Gold and silver were such a powerful money during the founding of the united States of America, that the founding fathers declared that only gold or silver coins can be "money" in America.** Since gold and silver coinage were heavy and inconvenient for a lot of transactions, they were stored in banks and a claim check was issued as a money substitute. People traded their coupons as money, or "currency." **Currency is not money, but a money substitute. Redeemable currency must promise to pay a dollar equivalent in gold or silver money. Federal Reserve Notes (FRNs) make no such promises, and are not "money."** A Federal Reserve Note is a debt obligation of the federal United States government, not "money?' The federal **(Corporation)** United States government and the U.S. Congress were not and have never been authorized by the Constitution for the United States of America to issue currency of any kind, but only lawful money, -gold and silver coin. This was covered in General Civil Order June 10, 2014 and Civil Order July 4, 2014 issued by Pope Francis.

It is essential that we comprehend the distinction between real money and paper money substitute. One cannot get rich by accumulating money substitutes, one can only get deeper into debt. We the People, **(the Aboriginal and Indigenous Natural Peoples of the Land, the true and de jure Al Moroccans / Americans / Moors)** no longer have any "money." Most Americans, **(the Aboriginal and Indigenous Natural Peoples of the Land, the true and de jure Al Moroccans / Americans / Moors)** have not been paid any "money" for a very long time, perhaps not in their entire life.

Federal Reserve Notes (FRNs) are unsigned checks written on a closed account. FRNs are an inflatable paper system designed to create debt through inflation (devaluation of currency). Whenever there is an increase of the supply of a money substitute in the economy without a corresponding increase in the gold and silver backing, inflation occurs.

Inflation is an invisible form of taxation that irresponsible governments inflict on their citizens. The Federal Reserve Bank who controls the supply and movement of FRNs has everybody fooled. They have access to an unlimited supply of FRNs, paying only for the printing costs of what they need. FRNs are nothing more than promissory notes for U.S. Treasury securities (T-Bills) - a promise to pay the debt to the Federal Reserve Bank.

There is a fundamental difference between "paying" and "discharging" a debt. To pay a debt, you must pay with value or substance **(i.e. gold, silver, barter or a commodity).** With Federal Reserve Notes, you can only discharge a debt. You cannot pay a debt with a debt currency system. You cannot service a debt with a currency that has no backing in value or substance. No contract in Common law is valid unless it involves an exchange of "good & valuable consideration." Unpayable debt transfers power and control to the sovereign power structure that has no interest in money, law, equity or justice because they have so much wealth already.

Their lust is for power and control. Since the inception of central banking, they have controlled the fates of nations.

The Federal Reserve System is based on the Canon law and the principles of sovereignty protected in the Constitution and the Bill of Rights. In fact, the international bankers used a "Canon Law Trust" as their model, adding stock and naming it a "Joint Stock Trust." The U.S. Congress had passed a law making it illegal for any legal "person" to duplicate a "Joint Stock Trust" in 1873. The Federal Reserve Act was legislated post-facto (to 1870), although post-facto laws are strictly forbidden by the Constitution. (1:9:3)

The Federal Reserve System is a sovereign power structure separate and distinct from the federal United States government. The Federal Reserve is a maritime lender, and/or maritime insurance underwriter to the federal United States operating exclusively under Admiralty/Maritime law. The lender or underwriter bears the risks, and the Maritime law compelling specific performance in paying the interest, or premiums are the same.

Assets of the debtor can also be hypothecated (to pledge something as a security without taking possession of it.) as security by the lender or underwriter. The Federal Reserve Act stipulated that the interest on the debt was to be paid in gold. There was no stipulation in the Federal Reserve Act for ever paying the principle.

Prior to 1913, most Americans (**Aboriginal and Indigenous Natural Peoples of the Land, the true and de jure Al Moroccans / Americans / Moors**) owned clear, allodial title to property, free and clear of any liens or mortgages until the Federal Reserve Act (1913)

"Hypothecated" all property within the federal United States to the Board of Governors of the Federal Reserve, -in which the Trustees (stockholders) held legal title. The U.S. citizen (tenant, franchisee) was registered as a "beneficiary" of the trust via his/her birth certificate. In 1933, the federal United States hypothecated all of the present and future properties, assets and labor of their "subjects," the 14th Amendment U.S. citizen, to the Federal Reserve System.

In return, the Federal Reserve System agreed to extend the federal United States Corporation all the credit "money substitute" it needed. Like any other debtor, the federal United States government had to assign collateral and security to their creditors as a condition of the loan. Since the federal United States didn't have any assets, they assigned the private property of their "economic slaves", the U.S. citizens (**which the Aboriginal and Indigenous Natural Peoples of the Land, the true and de jure Moabites, Al Moroccans / Americans / Moors could never be**) as collateral against the unpayable federal debt. They also pledged the unincorporated federal territories, national parks forests, birth certificates, and nonprofit organizations, as collateral against the federal debt. All has already been transferred as payment to the international bankers.

Unwittingly, America has returned to its pre-American Revolution, feudal roots whereby all land is held by a sovereign and the common people had no rights to hold allodial title to property. Once again, We the People (**heirs – Moabites, Al Moroccans, Moors**) are the tenants and sharecroppers renting our own property from a Sovereign in the guise of the Federal Reserve Bank.

We are reaping what has been sown, and the results of our harvest is a painful bankruptcy, and a foreclosure on U.S. property, precious liberties, and a way of life. Few of the elected representatives in Washington, D.C. have dared to tell the truth. The federal United States is bankrupt. The U.S. citizens' children will inherit this unpayable debt, and the tyranny to enforce paying it.

The United States of America Corporation has become completely bankrupt in world leadership, financial credit and its reputation for courage, vision and human rights. This is an undeclared economic war, bankruptcy, and economic slavery of the most corrupt order!

**Clearfield Doctrine**

Supreme Court Annotated Statute, Clearfield Trust Co. v. United States 318 U.S. 363371 1942

Whereas defined pursuant to Supreme Court Annotated Statute: Clearfield Trust Co. v. United States 318 U.S. 363-371 1942: "Governments descend to the level of a mere private corporation, and take on the characteristics of a mere private citizen . . . where private corporate commercial paper [Federal Reserve Notes] and securities [checks] is concerned . . . For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government."

What the Clearfield Doctrine is saying is that when private commercial paper is used by corporate government, then government loses its sovereignty status and becomes no different than a mere private corporation.

As such, government then becomes bound by the rules and laws that govern private corporations which means that if they intend to compel an individual to some specific performance based upon its corporate statutes or corporation rules, then the government, like any private corporation, must be the holder-in-due-course of a contract or other commercial agreement between it and the one upon who demands for specific performance are made.

And further, the government must be willing to enter the contract or commercial agreement into evidence before trying to get the court to enforce its demands, called statutes.

This case is very important because it is a 1942 case that was decided after the UNITED STATES CORPORATION COMPANY filed its "CERTIFICATE OF INCORPORATION" in the State of Florida (July 15, 1925). And it was decided AFTER the 'corporate government' agreed to use the currency of the private corporation, the FEDERAL RESERVE. The private currency, the Federal Reserve Note, is still in use today.

**References:**

(i) Articles of Incorporation of UNITED STATES CORPORATION COMPANY

http://anticorruptionsociety.files.wordpress.com/2014/01/articles-of-incorporation-of-u-scorp-company.pdf

(ii) From *The Great American Adventure* by Judge Dale, retired. (pages 93-94)
http://anticorruptionsociety.files.wordpress.com/2013/07/the-great-american-adventurecomplete-work-by-judge-dale.pdf

*Corporations are not and can never be SOVEREIGN. They are not real, they are a fiction and only exist on paper.*

*Therefore, all laws created by these government corporations are private corporate regulations called public law, statutes, codes and ordinances to conceal their true nature. Do the Judge and your lawyer know about this? You bet they do!*

*Since these government bodies are not SOVEREIGN, they cannot promulgate or enforce CRIMINAL LAWS; they can only create and enforce CIVIL LAWS, which are duty bound to comply with the LAW of CONTRACTS. The Law of Contracts requires signed written agreements and complete transparency! Did you ever agree to be arrested and tried under any of their corporate statutes? For that matter, did you ever agree to contract with them by agreeing to be sued for violating their corporate regulations?*

*Enforcement of these corporate statutes by local, state and federal law enforcement officers are unlawful actions being committed against the SOVEREIGN public and these officers can be held personally liable for their actions. [Bond v. U.S., 529 US 334-2000]*

(iii)    *Our Government is Just Another Corporation*

http://anticorruptionsociety.com/is-our-government-just-another-corporation/

Any expense or damage incurred by these organic states or any American State Citizen (**major – Moabites, Al Moroccans, Moorish American, Moors**) as a result of actions undertaken by any

What the Clearfield Doctrine is saying is that when private commercial paper is used by corporate government, then government loses its sovereignty status and becomes no different than a mere private corporation.

As such, government then becomes bound by the rules and laws that govern private corporations which means that if they intend to compel an individual to some specific performance based upon its corporate statutes or corporation rules, then the government, like any private corporation, must be the holder-in-due-course of a contract or other commercial agreement between it and the one upon who demands for specific performance are made.

And further, the government must be willing to enter the contract or commercial agreement into evidence before trying to get the court to enforce its demands, called statutes.

This case is very important because it is a 1942 case that was decided after the UNITED STATES CORPORATION COMPANY filed its "CERTIFICATE OF INCORPORATION" in the State of Florida (July 15, 1925). And it was decided AFTER the 'corporate government' agreed to use the currency of the private corporation, the FEDERAL RESERVE. The private currency, the Federal Reserve Note, is still in use today.

**References:**

(i) Articles of Incorporation of UNITED STATES CORPORATION COMPANY

http://anticorruptionsociety.files.wordpress.com/2014/01/articles-of-incorporation-of-u-scorp-company.pdf

(ii) From *The Great American Adventure* by Judge Dale, retired. (pages 93-94)
http://anticorruptionsociety.files.wordpress.com/2013/07/the-great-american-adventurecomplete-work-by-judge-dale.pdf

*Corporations are not and can never be SOVEREIGN. They are not real, they are a fiction and only exist on paper.*

*Therefore, all laws created by these government corporations are private corporate regulations called public law, statutes, codes and ordinances to conceal their true nature. Do the Judge and your lawyer know about this? You bet they do!*

*Since these government bodies are not SOVEREIGN, they cannot promulgate or enforce CRIMINAL LAWS; they can only create and enforce CIVIL LAWS, which are duty bound to comply with the LAW of CONTRACTS. The Law of Contracts requires signed written agreements and complete transparency! Did you ever agree to be arrested and tried under any of their corporate statutes? For that matter, did you ever agree to contract with them by agreeing to be sued for violating their corporate regulations?*

*Enforcement of these corporate statutes by local, state and federal law enforcement officers are unlawful actions being committed against the SOVEREIGN public and these officers can be held personally liable for their actions. [Bond v. U.S., 529 US 334-2000]*

(iii) *Our Government is Just Another Corporation*

http://anticorruptionsociety.com/is-our-government-just-another-corporation/

Any expense or damage incurred by these organic states or any American State Citizen (**major -- Moabites, Al Moroccans, Moorish American, Moors**) as a result of actions undertaken by any

the Civil War. Despite every act of abolition and declaration of prohibition against both peonage and slavery, it has been the policy of the "US government" to enslave its citizens and to operate as a rogue state among the nations of the world. Instead of freeing **Aboriginal and Indigenous Natural Peoples of the Land, the true and de jure Al Moroccans / Americans / Moorish American / Moor**, the sum total result of the Civil War was to vastly expand **public sector** ownership of slaves, giving rise to the outrageous and improper claims that have been made against the American States **(major - Al Maghrib Al'Aqsa, Al Morocco)** and the American State Citizens **(major – Moabites, Al Moroccans, Moorish American, Moors)** that we are dealing with today.

**Title 18, Part 1, Chapter 13 §241 of United States Codes of Law:**

If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, commonwealth, Possession, or district in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or Laws of the United States, or because of his having so exercised the same; or…

If two or more persons go in disguise on the highway, or on the premises of another, with the intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured -

They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

**Title 18, Part 1, Chapter 13 §242 of United States Codes of Law:**

Whoever, under 'color' of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or Laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, that are prescribed for the citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section, or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years or for life, or both, or may be sentenced to death.

Therefore, in preservation of 'The Rights of Indigenous Peoples' and the Preservation of the Rights of the People, in accord and defense of the Constitution for the United States Republic of North America and its Republican Form of Government - being the 'Supreme Law of the Land'; and primal to the contractual liabilities, Oath - bound Obligations, and Fiduciary Duties of the Officers of the Courts - Federal, State, City, and Municipal, etc., I hereby, Demand the enforcement of the De jure Laws of the United States, and all Treaties made under the Authority of The United States, in accord with Article VI of the Constitution; The Bill of Rights; The Declaration of the Rights of the Child; The Rights of Indigenous Peoples; The Universal Declaration of Human Rights; The United Nations Charter, Article 55(c); The United States Supreme Court - 'Acts of State'; The Foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on 'International Road Traffic'—Day 19, September 1949, The World Court Decisions, The Hague, Netherlands, Day 21, January 1958 A.D = 1378 M.C.; and "Executive Order 13107" - United States Republic, North America: The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX, etc., etc. I hereby, Demand a Dismissal of any and all unconstitutional sanctions, claims, or other warrants or charges made or issued, which are devoid of true identity personages; a denial of 'Due Process' of a 'Trial' by a Jury of my own National Peers; or absent of a verified and lawful Indictment, sanctioned by an assembled Grand Jury; and that I be availed all lawful Constitutional - secured safeguards, established by the Supreme Law; with documented proper Jurisdiction and Venue confirmed and in place.

Wherefore all parties of interest are Authorized by this Writ, pursuant to National and International Law, to honor all Substantive Rights and Constitutional Immunities reserved for, and to, this Aboriginal / Indigenous Free and Sovereign Moor / Muur. All Officials are to enlist all available and appropriate measures to ensure, and assure, that all My Substantive Rights and Constitutionally - secured Rights and Immunities are not violated, not breached, nor abridged. The Sovereign, Natural Being, named herein, is not to be Arrested nor held for Detention under any 'colorable' circumstances! You are to notify the active Ministers of the Aboriginal / Indigenous Moorish Nationals of the Territory (Organic Land). The Natural Person named herein is NON-OBLIGATORY and thus Exempt from Customs, Tariffs, Taxation, 'Owner in Fee' permit-deception Constructs, and from any other hindrance or restriction of His Freedoms, Allodial Properties, Compensations, Rights of Travel, or Freedom of Movement on, in, or within, any member or non-member States of the United States Union, etc. The Moor / Muur (bearer of this Indigenous Peoples' Document) is to be treated with all due Respect and 'Due Process' Rights under the Law. All available and appropriate measures are to be taken to prevent injustice, harm, false arrest, trumped –up charges, or attack on the Natural Being's Person, Property, Personality, Conveyances, Freedoms, and / or Dignity.

Explicit Reservation and use of 'All Rights Reserved Without Prejudice' U.C.C. 1– 207 / 308, U.C.C. 1-103, is Noted To All Federal, State, City, and Municipal Peace Officers; in harmony with State's Statutes, and indicates the Reservation of My Rights. Whereby I may Reserve My Substantive Rights and Constitutional - secured Rights and Immunities to 'NOT' be Compelled to perform under any Contracts or Agreements that I have not entered into knowingly, voluntarily, willingly, or unintentionally. I do not accept any actual or implied 'Liabilities' associated with any 'COMPELLED - BENEFITS' of any 'unrevealed' or deceptively-imposed commercial contracts. I, furthermore, do not sanction any 'unconstitutional' rules or policies, nor acts of Misprision committed by any U.S. Government or State Officials, at any level, claimed by any of them, in the name of the United States Republic, nor do I assent to any implied colorable policies made by alleged representatives, as being sanctioned by the People and Citizens. Consider any formerly-assumed constructs alleged to be related to me as being misrepresentations and thusly 'Cured' forthwith. Let it be known…:

Represent means to 'Depict' to 'Portray', to 'Symbolize' and to 'Stand for'. Let it be known that the Union States Society 'Bar Association' Lawyers, Esquires, and Attorneys of European Colonial descent, and foreign corporation, cannot depict, portray or symbolize a Free Moor; as they are not of the same Nation Jurisdiction, Customs, or National Peers; and cannot sit in judgment of any Free Moor (Acts of State). Europeans are not Indigenes to the Land (Americas) - Moors are Aboriginal! Union States Lawyers and Attorneys operate in Demo - political format, which is contrary to Article IV, Section 4 of the Constitution for the United States. Moors operate in a Republican Form of Government, conjoined with Isonomi Principles – being in harmony with the Constitution. Moors respect Constitution Principles. The unconstitutional Tribunals operating under the Union States Society conflicts with, and is repugnant to, "Due Process" under Constitution Principles, and functions primarily in 'colorable' procedures. Therefore, no 'Fair', 'Just' trial, or remedy is availed to the Natural Peoples of the Land, through such 'colorable' processes! These violating acts constitute a 'Conflict of Interest', a 'Conflict of Law' and clearly establishes the 'Federal Questions' of 'Diversity of Citizenship'; a Conflict of Identity; and of Nationality etc. Thus, a clear 'Averment of Jurisdiction' is also hereby proclaimed and advanced. Only Moors can 'Present' and 'Depict' themselves as being Moors / Al Moroccans, and Aboriginal /Indigenes of the Land! Thus, only Moors can 'Present' 'Self'!

*"I, **Roy Cooper**, do solemnly and sincerely swear that I will support the Constitution of the United States; that I will be faithful and bear true allegiance to the State of North Carolina, and to the constitutional powers and authorities which are or may be established for the government thereof; and that I will endeavor to support, maintain and defend the Constitution of said State, not inconsistent with the Constitution of the United States, to the best of my knowledge and ability; so help me God".*

**Note: All Governors / Trustees are bound by Oath to uphold the Treaty of Peace and Friendship and Constitution for the United States of America.**

Each clerk of court and her/his deputies shall take the following oath or affirmation before entering upon their duties:

*"I, _____, having been appointed _____, do solemnly swear (or affirm) that I will truly and faithfully enter and record all orders, decrees, judgments and proceedings of such court, and will faithfully and impartially discharge all other duties of my office according to the best of my abilities and understanding. So help me God."*

**Note: All Constitutional Officers are bound by Oath. All Clerks / Trustees receiving this Affidavit of Facts: Notice of Default Judgment, must record and file for the record. Once it has been filed with a file number, signature and seal, return the original copies to sender within three day of receiving. As stated in 28 U.S.C 951 – Oath of office of clerks and deputies.**

Fraud has no statute of limitations, therefore all movement made by Affiant can be tracked by his seal (thumb print) and the Public Account number known as a Social Security Number: 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, private account number [246170336] and Certificate of Live Birth created as a legal entity fraudulently and is proof of Human Trafficking!

The right to act comes with the responsibility to act!

By now, the Honorable Roy Cooper, Governor at North Carolina Republic, d.b.a. **GOVERNOR and CORPORATE EXECTIVE OFFICER / TRUSTEES** of **THE STATE OF NORTH CAROLINA**, has had time to review documents received and make arrangements for delivery of my property 2005 Audi A8 L 4.2 Quattro (VIN: WAUML44E15N009237). If my property has been auctioned, you are required to have the following delivered to the below location with all supporting document and Keys, free and clear:

1. A 2010 Audi A8 L 4.2 Quattro (VIN: WAURVAFA2AN006608 / STOCK # TAS006608).
2. Trunk filled with **FEDERAL RESERVE NOTES (FIAT NOTES)**, preferably Dominations of 100.
3. Personalized: Moorish Diplomat Plates (# RAH-BEY).

| Pick Up Location: | Delivery Location: |
|---|---|
| Triad Āuto Solutions | C/O 137 Daneborg Road |
| 5101 W. Market St. | [near Durham] |
| Greensboro, North Carolina Republic | North Carolina Republic |
| 27409 | [27703] |

With that being said, you have 72 hours to satisfy this Affidavit of Facts: Notice of Default Judgment from the time received via Certified Mail Receipt. The terms listed are non-negotiable. You are also required to send to all that are listed below (CC), documents that show this matter has been satisfied in full. Once I have received my property, it will be noted that those sitting in SEATS are Honorable.

Affiant, Roscoe Augustus Hudson II Bey ex-relatione ROSCOE AUGUSTUS HUDSON; JR, a living breathing, flesh-and-blood, natural being – man, do affirm that Affiant has scribed and read the foregoing facts, and, in accordance with the best of Affiant's firsthand knowledge and conviction, such are true, correct, complete, and not misleading, it is the truth, the whole truth, and nothing but the truth.

I, Roscoe Augustus Hudson II Bey., do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable or Secured by the Constitution or Treaty, and, hereby requests ALL officers to fulfill their obligation to preserve the rights of this Moorish Americans and carry out their Executive Duty in 'Good Faith'.

All UNCONSTITUTIONAL Citations – Summons / Ticket – Suit / (misrepresented) Contracts - Bill of Exchange: Account Number: [246170336], and any other 'Order' or 'Action' associated with it / them, to be dismissed and expunged for the record on it's face and merits.

Honorably,

I Am: *[signature]*
Roscoe Augustus Hudson II Bey,
Moor American National, Authorized
Representative, Natural Person, In Propria Persona Sui Juris:
All Rights Reserved Allodial without Recourse with Prejudice
Tamare Territory
North Carolina Republic
[c/o 137 Daneborg Road]
[Near DURHAM NORTH CAROLINA [27703]]

Northwest Amexem
Al Maghrib Al'Aqsa / Morocco / Al Moroc / America

CC:

International Court of Justice
Peace Palace
Carnegieplein 2
2517 KJ The Hague
The Netherlands

Antonio Guterres, UNITED NATIONS SECRETARY-GENERAL
The Honorable Secretary General Antonio Guterres
United Nations Headquarter
405 East 42nd Street
NEW YORK, NEW YORK [10017] USA
Tracking #: 7016 1970 0001 0348 6784

Anaidah El, Minister / Dominus Nobilis El, Minister
Great Seal National Association of Moorish Affairs
c/o 141 Weston Street #1145
near Hartford, Connecticut [06143]

Meng Hongwei, PRESIDENT of INTERPOL
The Honorable Meng Hongwei
INTERPOL

General Secretariat
200, quai Charles de Gaulle
69006 Lyon
France

Honorable Terry McAuliffe, GOVERNOR
Virginia Commonwealth Republic
P.O. Box 1475
Richmond, Virginia [23218]
Tracking #: 7016 1970 0001 0348 6777

Honorable Tom Wolf, GOVERNOR
Pennsylvania Commonwealth Republic
508 Main Capitol Building
Harrisburg, Pennsylvania [17120]
Tracking #: 7016 1970 0001 0348 6753

Honorable Roy Cooper, GOVERNOR
North Carolina Republic
20301 Mail Service Center
Raleigh, North Carolina [27699-0301]
Tracking #: 7016 1970 0001 0348 6760