



### THE MOORISH NATIONAL REPUBLIC
### THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
*Aboriginal and Indigenous Natural Peoples of North-West Amexem North America*

## Affidavit of Fact
### Writ of Discovery

Nunc Pro Tunc

FILED
OCT 1 9 2017
IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N.C.

United States Supreme Court
Middle District of North Carolina Republic
Magistrate Judge L. Patrick Auld
John S. Brubaker, Clerk
Michelle Coyne, Deputy Clerk
324 West Market Street
Greensboro Territory, North Carolina Republic [27401-2544] USA
United States Postal Certified Mail # 7016 0910 0001 5715 8683



**Re:** Civil Case #1:17-cv-00320 in reference to Invitation/Suit/Complaint No. 7016 1970 0001 0348 6760 / 7016 2710 0001 0556 6696 / 7016 0910 0001 5715 8744.

This is a formal request for a certified copy of the "Certified Delegation of Authority Order" issued to The United States District Court for the Middle District of North Carolina, and confirmed by Congress.

> *The 5th Amendment required that all persons within the United States must be given due process of the law and equal protection of the law.*

"The Constitution for the United States of America binds all judicial officers at Article 6, wherein it does say, *"This Constitution and the Laws of the United States which shall be made in pursuance thereof, and all Treaties made, or which shall be made under the authority of the United States, shall be the Supreme Law of the Land, and the Judges of every State shall be bound thereby, anything in the Constitution or laws of any state to the Contrary, not withstanding," see Clause 2."*

*"United States Constitution, Article III, Section II - The judicial power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;--to all cases affecting ambassadors, other public ministers and con-suls;--to all cases of admiralty and maritime jurisdiction;--to controversies to which the United States shall be a party;--to controversies between two or more states;--between a state and citizens of another state;--between citizens of different states;--between citizens of the same state claiming lands under grants of different states, and between a state, or the citizens thereof, and foreign states, citizens or subjects. In all cases affecting ambassadors, other public ministers and consuls, and those in which a state shall be party, the Supreme Court shall have original jurisdiction. In all the other cases before mentioned, the Supreme Court shall have appellate jurisdiction, both as to law and fact, with such exceptions, and under such regulations as the Congress shall make. The trial of all crimes, except in cases of impeachment, shall be by jury; and such trial shall be held in the state where the said crimes shall have been committed; but when not committed within any state, the trial shall be at such place or places as the Congress may by law have directed.*

*"The law provides that once State and Federal Jurisdiction has been challenged, it must be proven." Main v. Thiboutot, 100 S. Ct. 2502 (1980)*

*"Jurisdiction can be challenged at any time." and "Jurisdiction, once challenged, cannot be assumed and must be decided." Basso v. Utah Power & Light Co. 495 F 2d 906, 910.*

*"Once challenged, jurisdiction cannot be assumed, it must be proved to exist." Stuck v. Medical Examiners 94 Ca 2d 751. 211 P2d 389.*

*"There is no discretion to ignore that lack of jurisdiction." Joyce v. US, 474 F2d 215.*

*"The burden shifts to the court to prove jurisdiction." Rosemond v. Lambert, 469 F2d 416.*

Where the court is without jurisdiction, it has no authority to do anything other than to dismiss the case." *Fontenot v. State, 932 S.W.2d 185 "Judicial action without jurisdiction is void."-Id (1996)*

*"Criminal law magistrates have no power of their own and are unable to enforce any ruling." V.T.C.A., Government Code sec. 54.651 et seq., Davis v. State, 956 S.W.2d 555 (1997) Basso v. UPL, 495 F. 2d 906*

*Under federal Law, which is applicable to all states, the U.S. Supreme Court stated that "if a court is without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void, and form*

*no bar to a recovery sought, even prior to a reversal in opposition to them. They constitute no justification and all persons concerned in executing such judgments or sentences are considered, in law, as trespassers."*
**Brook v. Yawkey, 200 F. 2d 633**
**Elliot v. Piersol, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828)**


*Acts in excess of judicial authority constitutes misconduct, particularly where a judge deliberately disregards the requirements of fairness and due process.* ***Cannon v. Commission on Judicial Qualifications, (1975) 14 Cal. 3d 678, 694***

*"Constitutional 'rights' would be of little value if they could be indirectly denied."* **Gomillion v. Lightfoot, 364 U.S. 155 (1966), cited also in Smith v. Allwright, 321 U.S. 649.644**

*Supreme Court Justice Field, 'There is no such thing as a power of inherent sovereignty in the government of the United States... In this country, sovereignty resides in the people, and Congress can exercise power, which they have not, by their Constitution, entrusted to it. All else is withheld.* **Juliard v. Greeman, 110 U.S. 421 (1884)**

*"Where rights secured by the Constitution are involved, there can be no 'rule making' or legislation which would abrogate them." .* **MIRANDA v. ARIZONA , 384 U.S. 436 (1966) 491; 86 S. Ct. 1603**

*"An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed."* **Norton v. Shelby County, 118 U.S. 425 p. 442**

*"...in our country the people are sovereign and the government cannot sever its relationship to them by taking away their citizenship."* **Perez v. Brownell, 356 U.S. 44, 7; 8 S. Ct. 568, 2 L. Ed. 2d 603 (1958)**

*"When acting to enforce a statue and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts in administering and enforcing statues do not act judicially, but merely ministerially".* **Thompson v. Smith 154 SE 583.**

*Courts in administrative issues are prohibited from even listening to or hearing arguments, presentation, or rational."* **ASIS v. US, 568 F2d 284.**

*Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities."* **Burns v. Supp. Ct., SF, 140 Cal. 1.**

**A response is required within 30 days of receipt of this Writ of Discovery.**

I, Noble Roscoe Augustus Hudson II Bey, do not, under any conditions or circumstances, nor by threat, duress, or coercion, waive any Unalienable Rights or any other Rights Secured by the Constitution or Treaty; and, hereby request that the Officers of this Court fulfill their Obligations to preserve the rights of this Petitioner (A Moorish American) and to carry out their delegated Judicial Duties with good behavior, and in 'Good Faith'.

**All UNCONSTITUTIONAL** Citations – Summons / Ticket – Suits / (misrepresented) Bills of Exchange: Docket Number - SCC _____, and any other 'Orders' or 'Actions' associated with it or them, to be 'Dismissed', 'Abated' and expunged from the Record; being null on it's face and merits.


**Notice to the Agent is Notice to the Principal – Notice to the Principal is notice to the Agent.**


Honorably,

**I Am:** _Roscoe Augustus Hudson_

Noble Roscoe Augustus Hudson II Bey
Moor American National, Authorized
Representative, Natural Person, In Propria Persona
Sui Juris:
Ex Relatione: ROSCOE AUGUSTUS HUDSON; JR.
All Rights Reserved Allodial without Recourse with
Prejudice
[c/o 137 Daneborg Road]
Tamare Territory
[Near DURHAM NORTH CAROLINA
Zip Exempt [27703]]
Via North Carolina State Republic
Via United States Republic
North America
Northwest Amexem
Al Maghrib Al'Aqsa/ Al Morocco
Non-Domestic

Cc:    United States Attorney General, Jeff Session
        United States Justice Department
        950 Pennsylvania Avenue NW, Washington, D.C. 20530
        ● **email**: askdoj@udoj.gov ● **Fax:** 202 307-6777

        International Criminal Court
        Fatou Bensouda
        Po Box 19519
        2500 CM, The Hague
        The Netherlands
        otp.informationdesk@icc-cpi.int

