IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ROSCOE AUGUSTUS HUDSON II BEY,      )
                                    )
            Plaintiff,              )
                                    )
v.                                  )        1:17CV320
                                    )
ROY COOPER, et al.,                 )
                                    )
            Defendants.             )

**ORDER**

On September 22, 2017, United States Magistrate Judge L. Patrick Auld entered a Text Order requiring Plaintiff to either pay the filing fee or submit a proper Application to Proceed In Forma Pauperis and the Clerk served the Text Order on Plaintiff. (Text Order dated Sep. 22, 2017; Notice dated Sep. 22, 2017.) The Magistrate Judge warned Plaintiff that failure to comply would result in dismissal of this action without prejudice. (Text Order dated Sep. 22, 2017.) Plaintiff filed an Objection. (Doc. 5.)

The court has appropriately reviewed the portions of the Magistrate Judge's Text Order to which objection was made and has made a *de novo* determination in accord with the Magistrate Judge's Text Order. The court therefore affirms and adopts the Text Order. Further, because Plaintiff has not timely paid the filing fee or submitted a proper application to proceed as a pauper, the court will dismiss this action without prejudice.

IT IS THEREFORE ORDERED that the Text Order dated September 22, 2017, is AFFIRMED and ADOPTED, and Plaintiff's Complaint (Doc. 2) is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b). A Judgment dismissing this action will be entered contemporaneously with this Order.

                                          /s/   Thomas D. Schroeder
                                        United States District Judge
October 30, 2017