IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ROSCOE AUGUSTUS HUDSON II BEY,  )
                                )
          Plaintiff,            )
                                )
v.                              )    1:17CV320
                                )
ROY COOPER, et al.,             )
                                )
          Defendants.           )

### JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's Complaint (Doc. 2) is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b).

                              /s/   Thomas D. Schroeder
                              United States District Judge
October 30, 2017