


# THE MOORISH NATIONAL REPUBLIC
## THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
*Northwest Amexem / Northwest Africa / North America.*
*'The North Gate'.*
*Societas Republicae Ea Al Maurikanos.*
*Aboriginal and Indigenous Natural Peoples of the Land.*
*The true and de jure Al Moroccans / Americans.*

## Affidavit of Fact
### Writ of Error

United States Postmaster Article #7015 0640 0005 7436 1838

Nunc Pro Tunc

United States Supreme Court
Middle District of North Carolina Republic
Thomas D. Schroeder, Trustee
324 West Market Street
Greensboro Territory, North Carolina Republic [27401-2544] uSA

Re: "Civil Case #1:17-cv-00320" in reference to Invitation/Suit/Complaint No. 7016 1970 0001 0348 6760 / 7016 2710 0001 0556 6696

**I am in receipt of your instrument** dated 10/30/2017 signed by Thomas D. Schroeder; **Trustee of the Estate** /acting judge, regarding your response to the "Affidavit of Financial Statement".

> For the Record, On the Record, and Let the Record show, **I Am Roscoe Augustus Hudson II Bey**; (Land Lord, "Governor" of the land) Moorish National, Aboriginal Indigenous Natural Person, In Propria Persona Sui Juris, **Heir/Beneficiary to the Estate**, Ex Relatione: ROSCOE AUGUSTUS HUDSON; JR, All Rights Reserved Allodial without Recourse with Prejudice (not to be confused with, nor substituted by, Pro Se by unauthorized hand of another), I am Aboriginal Indigenous Moor American; possessing Free-hold by Birthright, Bloodline, Inheritance and Primogeniture Status; standing Squarely(9) Affirmed, aligned and bound to the Zodiac Constitution(12), with all due respect and honors given to the Constitution for the United States Republic operating at Northwest Amexem / Northwest Africa / North America, 'The North Gate', Societas Republicae Ea Al Maurikanos. I Am the true and de jure Al Moroccans / Americans, Aboriginal and Indigenous Natural Peoples of the Land. I Am a descendant of Moroccans and born in America; with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate (See H.R. 75), and not a nom-de-guerre, strawman or any other artificial corporate construct as written in all CAPITAL LETTERS, by the unclean hands of others, as shown on the **instrument(s)** and **envelopes** enclosed as evidence of an attempt to **denationalize (genocide) a Heir in order to make a 14th Amendment Corporate Artificial Person (Enslavement)**. Someone in the Courts *tampered* with that Evidence. On 09/29/2017 an Affidavit of Fact: Writ of Error and Lawful Warning was sent and received via United States Postmaster Article #7016 0910 0001 5715 8744 on 10/02/2017 at 12:48pm, and an Affidavit of Fact: Writ of Discovery was also sent 10/06/2016 via United States Postmaster Article #7016 0910 0001 5715 8683 that was received on 10/19/2017 at 11:30am. For the Record, On the Record, and Let the Record show, that none have been responded or rebutted, therefore your alleged order and judgement is void. I am Sovereign to this Land (ancestral estate) and as such, this Administrative Court does not have lawful jurisdiction to hear, present, or pass judgment in any matter concerning my affairs under a quasi-criminal non sanctioned tribunal of foreign private law process, therefore all affidavits etc. have been forwarded to International Criminal Court; Fatou Bensouda: International Criminal Law Prosecutor. (See General Order June 10, 2014/Civil Order July 4, 2014)

I note that the current circumstance is in part the result of criminal acts engaged in 150 years ago, which resulted in the commercial enslavement of **Moors** (known as Negros, African Americans, colored people and Blacks) who were summarily claimed as chattels backing "US government" debt in the wake of the Civil War. Despite every act of abolition and declaration of prohibition against both peonage and slavery, it has been the policy of the **de facto "US government"** to enslave its citizens and to operate as a rogue state among the nations of the world.

# THE TREATY OF PEACE AND FRIENDSHIP OF 1836 A.D.
## Between Morocco and the United States
### Article 20

"If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties, and whenever the Consul shall require any Aid or Assistance from our Government, to enforce his decisions, it shall be immediately granted to him."

### Article 21

"If any Citizen of the United States should kill or wound a Moor, or, on the contrary, if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place, and equal Justice shall be rendered, the Consul assisting at the Trial; and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever."

ROME STATUTE OF THE INTERNATIONAL CRIMINAL COURT

PART 2. JURISDICTION, ADMISSIBILITY AND APPLICABLE LAW
Article 5: Crimes within the jurisdiction of the Court
1. The jurisdiction of the Court shall be limited to the most serious crimes of concern to the international community as a whole. The Court has jurisdiction in accordance with this Statute with respect to the following crimes:
 (a) The crime of genocide;
 (b) Crimes against humanity;
 (c) War crimes;
 (d) The crime of aggression.
2. The Court shall exercise jurisdiction over the crime of aggression once a provision is adopted in accordance with articles 121 and 123 defining the crime and setting out the conditions under which the Court shall exercise jurisdiction with respect to this crime. Such a provision shall be consistent with the relevant provisions of the Charter of the United Nations.
Article 6: Genocide
 For the purpose of this Statute, "genocide" means any of the following acts committed with intent to destroy, in whole or in part, a national, ethnical, racial or religious group, as such:
 (a) Killing members of the group;
 (b) Causing serious bodily or mental harm to members of the group;
 (c) Deliberately inflicting on the group conditions of life calculated to bring about its physical destruction in whole or in part;
 (d) Imposing measures intended to prevent births within the group;
 (e) Forcibly transferring children of the group to another group.
Article 7: Crimes against humanity
1. For the purpose of this Statute, "crime against humanity" means any of the following acts when committed as part of a widespread or systematic attack directed against any civilian population, with knowledge of the attack:
 (a) Murder;
 (b) Extermination;
 (c) Enslavement;
 (d) Deportation or forcible transfer of population;
 (e) Imprisonment or other severe deprivation of physical liberty in violation of fundamental rules of international law;
 (f) Torture;
 (g) Rape, sexual slavery, enforced prostitution, forced pregnancy, enforced sterilization, or any other form of sexual violence of comparable gravity;
 (h) Persecution against any identifiable group or collectivity on political, racial, national, ethnic, cultural, religious, gender as defined in paragraph 3, or other grounds that are universally recognized as impermissible under international law, in connection with any act referred to in this paragraph or any crime within the jurisdiction of the Court;
 (i) Enforced disappearance of persons;
 (j) The crime of apartheid;
 (k) Other inhumane acts of a similar character intentionally causing great suffering, or serious injury to body or to mental or physical health.
2. For the purpose of paragraph 1:
 (a) "Attack directed against any civilian population" means a course of conduct involving the multiple commission of acts referred to in paragraph 1 against any civilian population, pursuant to or in furtherance of a State or organizational policy to commit such attack;
 (b) "Extermination" includes the intentional infliction of conditions of life, inter alia the deprivation of access to food and medicine, calculated to bring about the destruction of part of a population;
 (c) "Enslavement" means the exercise of any or all of the powers attaching to the right of ownership over a person and includes the exercise of such power in the course of trafficking in persons, in particular women and children;
 (d) "Deportation or forcible transfer of population" means forced displacement of the persons concerned by expulsion or other coercive acts from the area in which they are lawfully present, without grounds permitted under international law;
 (e) "Torture" means the intentional infliction of severe pain or suffering, whether physical or mental, upon a person in the custody or under the control of the accused; except that

torture shall not include pain or suffering arising only from, inherent in or incidental to, lawful sanctions;

(f) "Forced pregnancy" means the unlawful confinement of a woman forcibly made pregnant, with the intent of affecting the ethnic composition of any population or carrying out other grave violations of international law. This definition shall not in any way be interpreted as affecting national laws relating to pregnancy;

(g) **"Persecution" means the intentional and severe deprivation of fundamental rights contrary to international law by reason of the identity of the group or collectivity;**

(h) **"The crime of apartheid" means inhumane acts of a character similar to those referred to in paragraph 1, committed in the context of an institutionalized regime of systematic oppression and domination by one racial group over any other racial group or groups and committed with the intention of maintaining that regime;**

(i) **"Enforced disappearance of persons" means the arrest, detention or abduction of persons by, or with the authorization, support or acquiescence of, a State or a political organization, followed by a refusal to acknowledge that deprivation of freedom or to give information on the fate or whereabouts of those persons, with the intention of removing them from the protection of the law for a prolonged period of time.**

3. **For the purpose of this Statute, it is understood that the term "gender" refers to the two sexes, male and female, within the context of society. The term "gender" does not indicate any meaning different from the above.**

United Nations Declaration of Human Rights, Article I, II, III, XV, XVII, XXV
- All human beings are born free and equal in dignity and rights. They are endowed with reason and conscience and should act towards one another in a spirit of brotherhood.
- Everyone is entitled to all the rights and freedoms set forth in this Declaration, without distinction of any kind, such as race, colour, sex, language, religion, political or other opinion, national or social origin, property, birth or other status. Furthermore, no distinction shall be made on the basis of the political, jurisdictional or international status of the country or territory to which a person belongs, whether it be independent, trust, non-self-governing or under any other limitation of sovereignty.
- Everyone has the right to life, liberty and security of person.
- Everyone has the right to a nationality.
- No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality.
- Everyone has the right to own property alone as well as in association with others.
- No one shall be arbitrarily deprived of his property.
- Everyone has the right to a standard of living adequate for the health and well-being of himself and of his family, including food, clothing, housing, medical care and necessary social services, and the right to security in the event of unemployment, sickness, disability, widowhood, old age or other lack of livelihood in circumstances beyond his control.
- Motherhood and childhood are entitled to special care and assistance. All children, whether born in or out of wedlock, shall enjoy the same social protection.

In response to your misrepresented assumption that my Affidavit was a "Motion", let the record show, it was an exercise of right—"In Forma Pauperis".

**United States Constitution Article VI**
*"All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation. This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding. The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States."*

**United States Constitution Amendment V**
*In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the state and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the assistance of counsel for his defense.*

As stated, an "Affidavit of Financial Statement" was submitted **NOT** as a Motion, as you have indicated, by error, in your response.

In response, and in correction to your statement, that "Plaintiff's Affidavit of Financial Statement does not contain any financial information." The Affidavit says *plaintiff does not have, or possess, "any gold or silver coins"*, pursuant to the United States Constitution as follows:

"United States Constitution <u>Article 1, Section X,</u>:

Page 3 of 8

*No state shall enter into any treaty, alliance, or confederation; grant letters of marque and reprisal; coin money; emit bills of credit; make anything but <u>gold and silver coin a tender in payment of debts;</u>*

**I Affirm, for the Record,** I do not have, or possess, any gold or silver coins, as prescribed by United States Constitution Law, which is lawful money, to pay the restricting demands, conditionally commanded by Employees and Contractors of the Court. The said restrictions, that you are imposing, are unconstitutional, and arbitrarily hinders Due Process. Therefore, I submit this Writ "In Forma Pauperis", being an enjoyment and exercise of my unconditional and Constitutionally - Secured Rights (and not a Feudal Law - fee - burdened privilege), to timely and speedily enforce Due Process of Law.

**Clearly your demand for a "Financial Statement"** is used as an instrument to deny due process of Law and my right to free access to the Courts. I introduced an Affidavit of Fact, marked as Evidence. Someone in the Courts *tampered* with that Evidence, and misrepresented it as a Motion. A Motion is discretionary and an assumption that permission must be requested to exercise a Constitutionally Secured Right. An exercise of a Right is not a Request, and your office knows this to be **"Stare Decisis"**, and the Law of the Land. Tampering with Evidence is a Federal Violation, and a clear corruption of the fiduciary duties of all Court Officers. Furthermore, there is no Law prescribed in the United States Constitution stating, or requiring a "Financial Statement, "Financial Fee (Feudal Law)", or a "Motion" to exercise a Constitutional Secured Right. Your demand is a violation of Amendment IX of the United States Constitution and a violation of my Secured Right to Due Process.

### United States Constitution, Amendment IX
"The enumeration in the Constitution, of certain rights, shall <u>not be</u> construed
to deny or disparage others retained by the people"

*Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them.* **<u>Miranda v. Arizona 384 US 436, 125:</u>**

Is it the position of the United States District Court in the Middle District of North Carolina State Republic, Thomas D. Schroeder; Trustee/acting Chief Judge, L. Patrick Auld; Magistrate Judge, John S. Brubaker, Clerk and Michelle Coyne, Deputy Clerk, that access to the court, which is a Constitutional Right, is **<u>for sale</u>**?

\* **H.J.R. 192, 73rd Congress session June 5, 1933 - Joint Resolution to Suspend the Gold Standard and Abrogate the Gold Clause**

\* **Clearfield Doctrine**

"*Supreme Court Annotated Statute, Clearfield Trust Co. v. United States 318 U.S. 363371 1942*

In addition, it appears it is your position that there is a Law to support that "Access to the Court, and due process of Law" is **for sale**. Produce the Law to support this position. Refer to United States Constitution Article VI.

**This is not only a violation of the Constitution for the United States, it is also a violation of the North Carolina State Constitution Article 1 section 18:**

*All courts shall be open; every person for an injury done him in his lands, goods, person, or reputation shall have remedy by due course of law; and right and justice shall be administered without favor, denial, or delay.*

*Acts in excess of judicial authority constitutes misconduct, particularly where a judge deliberately disregards the requirements of fairness and due process. \*Cannon v. Commission on Judicial Qualifications, (1975) 14 Cal. 3d 678, 694*

*"Constitutional 'rights' would be of little value if they could be indirectly denied." Gomillion v. Lightfoot, 364 U.S. 155 (1966), cited also in Smith v. Allwright, 321 U.S. 649.644*

*Supreme Court Justice Field, 'There is no such thing as a power of inherent sovereignty in the government of the United States... In this country, sovereignty resides in the people, and Congress can exercise power, which they have not, by their Constitution, entrusted to it. All else is withheld. Juliard v. Greeman, 110 U.S. 421 (1884)*

*"Where rights secured by the Constitution are involved, there can be no 'rule making' or legislation which would abrogate them." ." MIRANDA v. ARIZONA , 384 U.S. 436 (1966) 491; 86 S. Ct. 1603*

*"An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed." Norton v. Shelby County, 118 U.S. 425 p. 442*

*"...in our country the people are sovereign and the government cannot sever its relationship to them by taking away their citizenship." Perez v. Brownell, 356 U.S. 44, 7; 8 S. Ct. 568, 2 L. Ed. 2d 603 (1958).*

*Rico Case Law:*

*The defendants constitute an illegal enterprise in acts or threat of acts in violation of Civil Rico Federal Racketeering Act USC 18, 1961-1963 et seq. The following are particular violations:*

**TITLE 18 USC 3:** *Accessory after the fact, knowing that an offense has been committed against the United States, relieves, receives, comforts or assists the offender in order to hinder or prevent his apprehension, trial or punishment.*

**TITLE 18 § 1581. Peonage; obstructing enforcement**

(a)    Whoever holds or returns any person to a condition of peonage, or arrests any person with the intent of placing him in or returning him to a condition of peonage, shall be fined under this title or imprisoned not more than 20 years, or both. If death results from the violation of this section, or if the violation includes kidnapping or an attempt to kidnap, aggravated sexual abuse or the attempt to commit aggravated sexual abuse, or an attempt to kill, the defendant shall be fined under this title or imprisoned for any term of years or life, or both.
(b)    Whoever obstructs, or attempts to obstruct, or in any way interferes with or prevents the enforcement of this section, shall be liable to the penalties prescribed in subsection (a).

*Title 42 USC 1983, Civil action for deprivation of rights provides in relevant part that: "every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State....subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution....shall be liable to the party injured...."*

*A Title 42 USC1985 Conspiracy to interfere with civil rights action which seeks compensatory and Punitive damages in conjunction with equitable relief as in this case is considered a legal claim, entitling Plaintiff to a jury trial. See An-Ti v. Michigan Technological Univ., 493 F. Supp. 1137.*
*Section 1985(3) under Title 42 reaches both conspiracies under color of law and conspiracies effectuated through purely private conduct. In this case Plaintiff has alleged a class-based, invidiously discriminatory animus is in part behind the conspirators' actions.*
*The U.S. Supreme Court acknowledged in Bray v. Alexandria Women's Health Clinic 113 S.Ct. 753 (1993) that the standard announced in Griffin was not restricted to "race" discrimination. It is therefore reasonable to assume that 1985(3) may be used for "class-based" claims other than race. It is also important to note in Bray the U.S. Supreme Court's interpretation of the requirement under 1985(3) that a private conspiracy be one "for the purpose of depriving... any person or "class" of persons of the equal protection of the laws, or of equal privileges and immunities under the laws, which the Court said mandates "an intent to deprive persons of a right guaranteed against private impairment.*

As Officer/Trustee of the Court, you and your assigns are bound, and have taken a solemn Oath to uphold and Support the Constitution for the United States Republic (See Article VI). Refusal of this 'Affidavit of Financial Statement' is construed to deny me 'Due Process' and is a 'Colorable Act'. This act constitutes "Perjury of Oath." These violations result in additional lawful remedies or actions filed against those violating Officers of the Court, Under United States Code Of Law, Title 18 and Title 42. See that enclosed Offenders may be sued in their Official and private capacities. The Law always gives a remedy, so here's the remedy for the matter before you. You, Thomas D. Schroeder; Trustee of the Estate and acting judge, are Ordered to arrange for the replacement of the property with the following:

**A 2017 Audi A8 L 3.0 TFSI within 3 days (72 hours) of receipt of this Writ of Error. Note: My children have been waiting for their Father to return for over a year now, so this should be available for pick-up at Audi Raleigh with some private commercial paper (Federal Reserve Notes: see H.J.R.-192) as an act of Good Faith, which is Not payment, unmolested by any Corporate Agencies or its Agents operating on the heirs Estate. In addition I required the following also:**

1)    I, Roscoe Augustus Hudson II Bey, demand Due Process as protected by the Fourth (4th) and Fifth (5th) Amendments of the Constitution for the United States of America (Republic).

2)    I, Roscoe Augustus Hudson II Bey, demand this United States Federal Court stop these abuses of the colorable authority by the Defendants as it pertain to this Heir.

3)    I, Roscoe Augustus Hudson II Bey, demand if any criminal charges be found, let them be placed upon the Defendants.

4)    I, Roscoe Augustus Hudson II Bey, demand this United States Federal court view this Heir (in my Proper Person) as a Moorish American National (Natural Born Heir of the Land) and not as a (brand) NEGRO, BLACKMAN (person), COLORED, AFRICAN-AMERICAN, or any other SLAVE TITLE or 'nom de guerre' imposed upon me for misrepresentation 'Actions' or other acts of 'Misprision' that a misdirected society may "believe" to be true.

5)    I, Roscoe Augustus Hudson II Bey do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable or Secured by the Constitution or Treaty, and, hereby requests the United States District Court to fulfill their obligation to preserve the rights of this Heir (A Moorish American) and carry out their Judicial Duty in 'Good Faith' by ordering Defendants to be

brought before the Law to answer for their criminal and unjust actions.

6) All UNCONSTITUTIONAL 'Order' or 'Action' associated with Roscoe Augustus Hudson II Bey, Ex Relatione: ROSCOE AUGUSTUS HUDSON; JR, to be dismissed and expunged for the record on it's face and merits; or, otherwise, be brought before a legitimately - delegated, and competent 'Court of Law' of International jurisdiction / venue.

7) All Agents, State and Federal Officials, Contractors are to be informed of the Law of the Land (Constitution) and their obligation to uphold the same and to no longer be excused without action on the part of the Sheriff for violating the same. And to be made cognizance of the recompense of colorable actions on their part, by not adhering to the Law.

8) Any Defendant, Corporate or Natural, Party-Claimants; Involvements be found guilty in violation United States Republic Constitution, United States Code of Law, and in accord with the law is required by law to immediate recusal of his or her office.

9) Defendant STATE OF NORTH CAROLINA is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its official capacity payable in lawful money.

10) Defendant Roy Cooper d.b.a. ROY COOPER is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

11) Defendant Kristin Cooper d.b.a. KRISTIN COOPER is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in her official and private capacity payable in lawful money.

12) Defendant COMMONWEALTH OF VIRGINIA is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its official capacity payable in lawful money.

13) Defendant Terry McAuliffe, d.b.a. TERRY McAULIFFE is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

14) Defendant Dorothy McAuliffe d.b.a. DOROTHY McAULIFFE is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in her official and private capacity payable in lawful money.

15) Defendant COMMONWEALTH OF PENNSYLVANIA is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its official capacity payable in lawful money.

16) Defendant Tom Wolf d.b.a. TOM WOLF is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

17) Defendant Frances Wolf d.b.a. FRANCES WOLF is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in her official and private capacity payable in lawful money.

Defendants herein are sued in their individual and official capacities as agents of the STATE OF NORTH CAROLINA, COMMONWEALTH OF PENNSYLVANIA, COMMONWEALTH OF VIRGINIA, Kristin Cooper d.b.a. KRISTIN COOPER, Roy Cooper d.b.a. ROY COOPER; GOVERNOR , Frances Wolf d.b.a. FRANCES WOLF, Tom Wolf d.b.a. TOM WOLF; GOVERNOR, Dorothy McAuliffe d.b.a. DOROTHY McAULIFFE, Terry McAuliffe d.b.a. TERRY McAULIFFE; GOVERNOR. This is a Suit under the torts claims act.
If necessary; Claimant demands for all issues to be decided by the International Criminal Court;
If defendants move to dismiss this suit, Claimant demands that it be heard by the International Criminal Court demanded, and only be dismissed if the International Criminal Court considers it lacks merit.

**A Remedy and Response is required within 3 days (72 hours) of receipt of this Writ of Error.**

**I, Noble Roscoe Augustus Hudson II Bey, do not, under any conditions or circumstances, nor by threat, duress, or coercion, waive any Unalienable/Inalienable Rights (Birthrights) or any other Rights Secured by the Constitution or Treaty, United Nations Declaration of Human Rights: Articles I, II, III, XV, XVII, XXV; and, hereby request that Thomas D. Schroeder; Trustee of the Estate, acting judge, the Officers of this Court fulfill their Obligations to preserve the rights of this Heir to the Estate (A Moorish American) and to carry out their delegated Judicial Duties with good behavior, and in 'Good Faith'.**

**Notice to the Agent is Notice to the Principal - Notice to the Principal is notice to the Agent.**

I.S.L.A.M.,

I Am: *[signature]*
Noble Roscoe Augustus Hudson II Bey
Moor American National, Authorized
Representative, Natural Person, In Propria Persona Sui
Juris:
Ex Relatione: ROSCOE AUGUSTUS HUDSON; JR.
All Rights Reserved Allodial without Recourse with
Prejudice
[c/o 137 Daneborg Road]
Tamare Territory
[Near DURHAM NORTH CAROLINA
Zip Exempt [27703]]
Via North Carolina State Republic
Via United States Republic
*Northwest Amexem / Northwest Africa / North America.*
*'The North Gate'.*
Non-Domestic

Cc: United States Attorney General, Jeff Session
United States Justice Department
950 Pennsylvania Avenue NW, Washington, D.C. [20530]
United States Postmaster Article # 7015 0640 0005 7436 1777

International Criminal Court
Fatou Bensouda
Po Box 19519
2500 CM, The Hague
The Netherlands
otp.informationdesk@icc-cpi.int

Page **7** of **8**

Case 1:17-cv-00320-TDS-LPA Document 9 Filed 12/12/17 Page 7 of 13

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
324 West Market Street, Room 401
GREENSBORO, NC 27401

OFFICIAL BUSINESS

GREENSBORO
NC 274
22 SEP '17
PM 5 L

neopost
09/22/2017
US POSTAGE $00.46
ZIP 27401
041L11240963

ROSCOE AUGUSTUS HUDSON II BEY
C/O 137 DANEBORG ROAD
DURHAM, NC 27703

27703-949037

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
324 West Market Street, Room 401
GREENSBORO, NC 27401

OFFICIAL BUSINESS

GREENSBORO
NC 274
31 OCT '17
PM 5 L

neopost
10/31/2017
US POSTAGE $00.46
ZIP 27401
041L11240963

ROSCOE AUGUSTUS HUDSON II BEY
C/O 137 DANEBORG ROAD
DURHAM, NC 27703

27703-949037

Page **8** of **8**

Case 1:17-cv-00320-TDS-LPA   Document 9   Filed 12/12/17   Page 8 of 13

U.S. District Court

North Carolina Middle District

**Notice of Electronic Filing**

The following transaction was entered on 9/22/2017 at 3:34 PM EST and filed on 9/22/2017
**Case Name:** HUDSON II BEY v. COOPER et al
**Case Number:** 1:17-cv-00320-TDS-LPA
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**TEXT ORDER denying [1] Application to Proceed IFP. Despite (A) clear instructions from the Clerk that Plaintiff either must pay the filing fee or must submit a proper IFP application and (B) provision of the proper IFP application form to Plaintiff by the Clerk, Plaintiff has not paid the filing fee or filed a proper IFP application and instead has submitted [1] Application which lacks the necessary information for the Court to determine IFP eligibility. Plaintiff shall pay the filing fee by 10/06/2017, or this case will dismissed without prejudice. Issued by MAG/JUDGE L. PATRICK AULD on 09/22/2017. (AULD, L.)**

**1:17-cv-00320-TDS-LPA Notice has been electronically mailed to:**

**1:17-cv-00320-TDS-LPA Notice will not be electronically mailed to:**

ROSCOE AUGUSTUS HUDSON II BEY
C/O 137 DANEBORG ROAD
DURHAM, NC 27703

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ROSCOE AUGUSTUS HUDSON II BEY,   )
                                 )
            Plaintiff,           )
                                 )
v.                               )         1:17CV320
                                 )
ROY COOPER, et al.,              )
                                 )
            Defendants.          )

**ORDER**

On September 22, 2017, United States Magistrate Judge L. Patrick Auld entered a Text Order requiring Plaintiff to either pay the filing fee or submit a proper Application to Proceed In Forma Pauperis and the Clerk served the Text Order on Plaintiff. (Text Order dated Sep. 22, 2017; Notice dated Sep. 22, 2017.) The Magistrate Judge warned Plaintiff that failure to comply would result in dismissal of this action without prejudice. (Text Order dated Sep. 22, 2017.) Plaintiff filed an Objection. (Doc. 5.)

The court has appropriately reviewed the portions of the Magistrate Judge's Text Order to which objection was made and has made a *de novo* determination in accord with the Magistrate Judge's Text Order. The court therefore affirms and adopts the Text Order. Further, because Plaintiff has not timely paid the filing fee or submitted a proper application to proceed as a pauper, the court will dismiss this action without prejudice.

IT IS THEREFORE ORDERED that the Text Order dated September 22, 2017, is AFFIRMED and ADOPTED, and Plaintiff's Complaint (Doc. 2) is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b). A Judgment dismissing this action will be entered contemporaneously with this Order.

/s/ Thomas D. Schroeder
United States District Judge

October 30, 2017

2

Case 1:17-cv-00320-TDS-LPA   Document 7   Filed 10/30/17   Page 2 of 2
Case 1:17-cv-00320-TDS-LPA   Document 9   Filed 12/12/17   Page 12 of 13

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ROSCOE AUGUSTUS HUDSON II BEY,    )
                                  )
            Plaintiff,            )
                                  )
v.                                )      1:17CV320
                                  )
ROY COOPER, et al.,               )
                                  )
            Defendants.           )

**JUDGMENT**

For the reasons set forth in the Order filed contemporaneously with this Judgment,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's Complaint (Doc. 2) is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b).

/s/   Thomas D. Schroeder
United States District Judge

October 30, 2017