

# Violation Warning
### Denial of Rights Under Color of Law
### Violation of Liberties
#### Violation Warning--18 U.S.C. 241; 18 U.S.C. 242; 18 U.S.C. 245

I.S.L.A.M.   Moorish Americans   - Northwest Amexem

Judicial Notice / Lawful Warning
# Affidavit of Facts
### Northwest Amexem / Northwest Africa / North America.
### 'The North Gate'.
### Societas Republicae Ea Al Maurikanos.
### Aboriginal and Indigenous Natural Peoples of the Land.
### The true and de jure Al Moroccans / Americans.

For The Record, To be Read Into The Record
Notice to Agent is Notice to Principal - Notice to Principal is Notice to Agent.

April 7, 2018 A=1438 MC

United States Supreme Court
Middle District of North Carolina Republic
Thomas D. Schroeder, Trustee
324 West Market Street
Greensboro Territory, North Carolina Republic [27401-2544] uSA
United States Republic Postmaster Article No: 7015 0640 0005 7436 1784

United States Attorney General, Jeff Session
United States Justice Department
950 Pennsylvania Avenue NW, Washington, D.C. 20530
United States Republic Postmaster Article No: 7015 0640 0005 7436 1791

United State Secretary of State
Deputy Secretary of State
John J. Sullivan
2201 C. Street N.W.
Washington, District of Columbia 20520
United States Republic Postmaster Article No: 7015 0640 0005 7436 1807

Wake County Clerk of Superior Court
Jennifer Knox
316 Fayetteville Street
Raleigh, North Carolina 27601
United States Republic Postmaster Article No: 7015 0640 0005 7436 1852

Wake County District Attorney
Nancy Lorrin Freeman
316 Fayetteville Street
Raleigh, North Carolina 27601
United States Republic Postmaster Article No: 7015 0640 0005 7436 1852

Wake County Magistrate Office
S.A. Jones, Magistrate/Trustee
300 South Salisbury Street
Raleigh, North Carolina 27601
United States Republic Postmaster Article No: 7015 0640 0005 7436 1845

Raleigh Police Department
Cassandra Deck-Brown; Police Chief
6716 Six Forks Road
Raleigh, North Carolina 27615
United States Republic Postmaster Article No: 7015 0640 0005 7436 1821

**RE: (File Number: 18CR205189) /Civil Case #1:17-cv-00320** in reference to Suit/Complaint No. 7016 1970 0001 0348 6760 / 7016 2710 0001 0556 6696 / 7016 0910 0001 5715 8744 / 7016 0910 0001 5715 8683

At this time, I enter into evidence the enclosed instrument dated 01/28/2018 with account number 1168251 in which FLAGSHIP CREDIT ACCEPTANCE LLC identifies ROSCOE AUGUSTUS HUDSON; JR. as a DEBTOR.

Per the United States Republic Postmaster Article No: 7016 1970 0001 0347 3166

Page 1 of 8

Michael C. Ritter, PRESIDENT and CHIEF EXECUTIVE OFFICER of FLAGSHIP CREDIT ACCEPTANCE LLC received an Affidavit of Facts: Writ of Discovery on 12/21/2016 at 11:54am. Deadline for receipt of documentation was 12/26/2016. Michael C. Ritter, PRESIDENT and CHIEF EXECUTIVE OFFICER of FLAGSHIP CREDIT ACCEPTANCE LLC, has also received an Affidavit of Fact: Notice of Default Judgment via United States Republic Postmaster Article No: 7016 1970 0001 0347 3142 on 12/30/2016 at 11:13am.

On 09/29/2017 an Affidavit of Fact: Writ of Error and Lawful Warning was sent and received via United States Postmaster Article #7016 0910 0001 5715 8744 on 10/02/2017 at 12:48pm. An Affidavit of Fact: Writ of Discovery was sent 10/06/2016 via United States Postmaster Article #7016 0910 0001 5715 8683, and received on 10/19/2017 at 11:30am. On 12/05/2017 an Affidavit of Fact: Writ of Error was also sent and received via United States Postmaster Article #7015 0640 0005 7436 1838 on 12/12/2017 at 11:20am. A response was required within 3 days (72 hours) of receipt of this Writ of Discovery. Deadline was 12/15/2017 at 11:20am. The above have been received and File.

The following were to be produced and/or answered by the deadline, which was on 12/15/2017 at 11:20am.

1) A certified copy of the "Certified Delegation of Authority Order" issued to The United States District Court for the Middle District of North Carolina, and confirmed by Congress.
2) PUBLIC HAZARD BONDING OF CORPORATE AGENTS. Note: All officials are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance. Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prim a facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office. (18 USC 912).
3) Is it the position of the United States District Court in the Middle District of North Carolina State Republic, Thomas D. Schroeder; Trustee/acting "Chief Judge", L. Patrick Auld; "Magistrate Judge", John S. Brubaker, "Clerk" and Michelle Coyne, "Deputy Clerk", that access to the court, which is a Constitutional Right, is **for sale**?
4) Is it your position that there is a Law to support that "Access to the Court, and due process of Law" is **for sale**?
5) Produce the Law to support this position. Refer to United States Constitution Article VI and the below case law.

**For the Record, On the Record, and Let the Record show, the above has not been answered or produced– this Judicial Notice, Lawful Warning and Affidavit of Fact: Default Judgment is being signed, sealed and sent to Thomas D. Schroeder; Administrator/Trustee of the Estate and acting "Chief Judge" of United States District Court in the Middle District of North Carolina State Republic via United States Republic Postmaster Article No: 7015 0640 0005 7436 1784, and forwarded to Fatou Bensouda: International Criminal Law Prosecutor.**

*Acts in excess of judicial authority constitutes misconduct, particularly where a judge deliberately disregards the requirements of fairness and due process.* **Cannon v. Commission on Judicial Qualifications, (1975) 14 Cal. 3d 678, 694**

*"Constitutional 'rights' would be of little value if they could be indirectly denied."* **Gomillion v. Lightfoot, 364 U.S. 155 (1966)**, *cited also in* **Smith v. Allwright, 321 U.S. 649.644**

*Supreme Court Justice Field, 'There is no such thing as a power of inherent sovereignty in the government of the United States... In this country, sovereignty resides in the people, and Congress can exercise power, which they have not, by their Constitution, entrusted to it. All else is withheld.* **Juliard v. Greeman, 110 U.S. 421 (1884)**

*"Where rights secured by the Constitution are involved, there can be no 'rule making' or legislation which would abrogate them."* . **MIRANDA v. ARIZONA , 384 U.S. 436 (1966) 491; 86 S. Ct. 1603**

*"An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed."* **Norton v. Shelby County, 118 U.S. 425 p. 442**

*"...in our country the people are sovereign and the government cannot sever its relationship to them by taking away their citizenship."* **Perez v. Brownell, 356 U.S. 44, 7; 8 S. Ct. 568, 2 L. Ed. 2d 603 (1958)**

All officers of the Court are required to take an oath of office to uphold **the Treaty of Peace and Friendship of 1786/1787, 1836 and the Constitution for the united States of America (1788/1789).**

*"The Constitution for the United States of America binds all judicial officers at Article 6, wherein it does say, "This Constitution and the Laws of the United States which shall be made in pursuance thereof, and all Treaties made, or which shall be made under the authority of the United States, shall be the Supreme Law of the Land, and the Judges of every State shall be bound thereby, anything in the Constitution or laws of any state to the Contrary, not withstanding," see Clause 2."*

Refusal of the 'Affidavit of Financial Statement' is construed to deny me 'Due Process' and is a 'Colorable Act' and is in direct violation of my Constitutionally Secured Rights to **"Due Process of Law"** which is a direct violation of your oath of office.

*The 5th Amendments require that all persons within the United States must be given due process of the law and equal protection of the law.*

*"Due process of law implies the right of the person affected thereby to be present before the tribunal which pronounces judgment upon the question of life liberty, or property, in its most comprehensive sense; to be heard, by testimony or otherwise, and to have the right of controverting, by proof, every material fact which bears on the question of right in the matter involved."*

*"If any question of fact or liability be conclusively presumed against him, this is not due process of law, Zeigler v. Railroad Co., 58 Ala. 599."*

*"In Interest of M.V., 288 Ill.App.3d 300, 681 N.E.2d 532 (1st Dist. 1997). Without subject-matter jurisdiction, all of the orders and judgments issued by a judge are void under law, and are of no legal force or effect. In Interest of M.V., 288 Ill.App.3d 300, 681 N.E.2d 532 (1st Dist. 1997) ("Every act of the court beyond that power is void").*

*Centralized Small Claims is not an Article III court; and has no delegated jurisdiction / authority under the Supreme Law of the Land, and unconfirmed by the Congress of the United States.*

*"The parties to the Compact of the United States Constitution further agreed that the enumeration in the Constitution of certain Rights shall not be construed to deny or disparage others retained by the People (Article 9 of the Bill of Rights to the Constitution for the United States)."*

*"When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts in administering or enforcing statutes do not act judicially, but merely ministerially. Thompson v. Smith, 154 SE 583."*

*". . . Courts in administrative issues are prohibited from even listening to or hearing arguments, presentations, or rational. ASIS v. US, 568 F2d 284."*

*"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities. Burns v. Sup., Ct., SF, 140 Cal. 1."*

You, Thomas D. Schroeder; Trustee and acting judge, were also Ordered to arrange for the **replacement** of the property (conveyance) with the following:

"A 2017 Audi A8 L 3.0 TFSI, available for pick-up at Audi Raleigh with some private commercial paper (Federal Reserve Notes: see H.J.R.-192) for travel expensive as an act of Good Faith, which is Not payment, unmolested by any Corporate Agencies or its Agents operating on the heirs Estate within 3 days (72 hours) of receipt of this Writ of Error." **Deadline was 12/15/2017 at 11:20am.**

In addition the following was also **demanded**:

1) I, , **Noble Roscoe Augustus Hudson II Bey**, demand Due Process as protected by the Fourth (4th) and Fifth (5th) Amendments of the Constitution for the United States of America (Republic).

2) I, , **Noble Roscoe Augustus Hudson II Bey**, demand this United States Federal Court stop these abuses of the colorable authority by the Defendants as it pertain to this Heir.

3) I, **Noble Roscoe Augustus Hudson II Bey**, demand if any criminal charges be found, let them be placed upon the Defendants.

4) I, **Noble Roscoe Augustus Hudson II Bey**, demand this United States Federal court view this Heir (in my Proper Person) as a Moorish American National (Natural Born Heir of the Land) and not as a (brand) NEGRO, BLACKMAN (person), COLORED, AFRICAN-AMERICAN, or any other SLAVE TITLE or 'nom de guerre' imposed upon me for misrepresentation 'Actions' or other acts of 'Misprision' that a misdirected society may "believe" to be true.

5) I, **Noble Roscoe Augustus Hudson II Bey** do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable or Secured by the Constitution or Treaty, and, hereby requests the United States District Court to fulfill their obligation to preserve the rights of this Heir (A Moorish American) and carry out their Judicial Duty in 'Good Faith' by ordering Defendants to be brought before the Law to answer for their criminal and unjust actions.

6) **All UNCONSTITUTIONAL** 'Order' or 'Action' associated with **Roscoe Augustus Hudson II Bey, Ex Relatione: ROSCOE AUGUSTUS HUDSON; JR**, to be dismissed, discharged and expunged for the record on it's face and merits; or, otherwise, be brought before a legitimately - delegated, and competent 'Court of Law' of International jurisdiction / venue.

7) All Agents, State and Federal Officials, Contractors are to be informed of the Law of the Land (Constitution) and their obligation to uphold the same and to no longer be excused without action on the part of the Sheriff for violating the same. And to be made cognizance of the recompense of colorable actions on their part, by not adhering to the Law.

8) Any Defendant, Corporate or Natural, Party-Claimants; Involvements be found guilty in violation United States Republic Constitution, United States Code of Law, and in accord with the law is required by law to immediate recusal of his or her office.

9) Defendant STATE OF NORTH CAROLINA is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its official capacity payable in **lawful money.**

10) Defendant Roy Cooper d.b.a. ROY COOPER is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in **lawful money.**

11) Defendant Kristin Cooper d.b.a. KRISTIN COOPER is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in her official and private capacity payable in **lawful money**.

12) Defendant COMMONWEALTH OF VIRGINIA is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its official capacity payable in **lawful money**.

13) Defendant Terry McAuliffe, d.b.a. TERRY McAULIFFE is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in **lawful money**.

14) Defendant Dorothy McAuliffe d.b.a. DOROTHY McAULIFFE is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in her official and private capacity payable in **lawful money**.

15) Defendant COMMONWEALTH OF PENNSYLVANIA is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its official capacity payable in **lawful money**.

16) Defendant Tom Wolf d.b.a. TOM WOLF is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in **lawful money.**

17) Defendant Frances Wolf d.b.a. FRANCES WOLF is being sued for $75,000 for

compensatory damages and $75,000 for punitive damages in her official and private capacity payable in **lawful money**.

This is a Suit under the torts claims act.

Claimant demands that it be heard by the International Criminal Court and only be dismissed if the International Criminal Court considers it lacks merit.

**Fraud has no statute of limitations.**

At this time, I, **Noble Roscoe Augustus Hudson II Bey,** Ex Relatione: ROSCOE AUGUSTUS HUDSON; JR, All Rights Reserved Allodial without Recourse with Prejudice (not to be confused with, nor substituted by, Pro Se by unauthorized hand of another), enters into evidence a Color-of-Law, a Color-of-Office and Color-of-Authority instrument used for the Trafficking of Humans with the following **(File Number: 18CR205189).** This evidence was handed to me on 03/17/2018 by S.A. Jones, doing business as S.A. JONES; MAGISTRATE/TRUSTEE, who held me, **Noble Roscoe Augustus Hudson II Bey** for a ransom of 1000 Federal Reserve Notes- Private Commercial Paper-Fiat notes (see H.J.R 192). I was then forced under Threat, Duress and Coercion to surrender my fingerprints/handprints to be attached to the name listed as Defendant after being assaulted and abducted by a European male named B.S. Coble, doing business as B.S. COBLE of the RALEIGH POLICE DEPARTMENT, which is a foreign private, for-profit corporation.

**To All Elected United States Republic Officials and Public Servants of Federal, State, City, and Municipal Governments, Personnel and Corporate Entities, this Judicial Notice and Lawful Warning has been forwarded to Fatou Bensouda: International Criminal Law Prosecutor. The following are Demand by Friday (Ana-El) 4/13/2018 7:45 am:**

1) A certified copy of the "Certified Delegation of Authority Order" issued to United States Republic Officials and Public Servants of Federal, State, City, and Municipal Governments and confirmed by Congress.

2) PUBLIC HAZARD BONDING OF CORPORATE AGENTS. Note: All officials are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance. Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prim a facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office. (18 USC 912).

**To All Elected United States Republic Officials and Public Servants of Federal, State, City, and Municipal Governments, Personnel and Corporate Entities: Concerning the Constitution and all Statutory and Civil Law Codes of the Land, etc., Know All Men by These Presents:**

**Upon** my inherited Nobility, and upon my Private Aboriginal / Indigenous, Proper Person Status and Commercial Liability, I, . **Noble Roscoe Augustus Hudson II Bey,** being duly Affirmed under Consanguine Unity; pledge my National, Political, and Spiritual Allegiance to my Moabite / Moorish Nation - being the archaic Aboriginals / Indigenes of Amexem (the Americas); standing squarely affirmed upon my Oath to the 'Five Points of Light' - Love, Truth, Peace, Freedom, and Justice; do squarely Affirm to tell the truth, the whole truth, and nothing but the truth; and having knowledge and firmly - established belief upon the historical, lawful, and adjudicated Facts contained herein. Being competent (In My Own Proper Person) to Attest to this Affidavit, I, **Noble Roscoe Augustus Hudson II Bey,** upon which I place my Signature; Whereas, I State, Proclaim, and Declare the following to be true, correct, certain, complete, not misleading, supreme, and not intended to be presented for any misrepresented, 'colored' or improper use or purpose, to wit:

**That I, Noble Roscoe Augustus Hudson II Bey,** Am a Noble of the Al Moroccan Empire (North America) In Propria Persona (my own proper self); being Moorish American - a Descendant of the Ancient Moabites / Moors, by Birthright, Freehold, Primogeniture and Inheritance; being Aboriginal and Indigenous to the Land /s (Amexem / Americas) Territorium of my Ancient Moabite / Moorish Fore-Mothers and Fore-Fathers - to wit:

**The** Al Moroccan (American) Continents - are the Land of the Moors; being North America, South America; Central America; including the adjoining Islands (Americana / Ameru / Al Moroc). I have, acknowledge, claim and possess, by said Inheritance and Primogeniture, the Freehold Status thereto; all Unalienable and Substantive Rights, to Be, to Enjoy, and to Act, distinct in my Aboriginal Customs and Culture; and determining my own political, social, and economic status of the State. Turning my heart and mind back to my Ancient Mothers and Fathers - Moors / Muurs, by Divine and Natural Right. Being Moorish American, we have and possess the internationally recognized Rights to determine our own 'Status of the State' absent of threat, coercion, or acquiescence to a Color-of-Law, a Color-of-Office, nor to be subjected to an imposed Color-of-Authority.

**Moors / Moorish Americans / Muurs** Have, Proclaim and Possess the Unalienable, Substantive Rights and Birthright - Inheritance to our Al Moroccan Names and Nationality by Nature's Laws, Divine Law, Primogeniture, and by the recognized Laws of the Nations of the Earth (International). Being the true, Ancient, Aboriginal / Indigenes of the Land (America) - North, being the heart-land of the Moroccan Empire. Moors / Muurs are the 'De jure' Freeholders by Birthright, Inheritance and Primogeniture Status; and have, Claim and Possess the Secured Rights to Travel upon the Public Roadways, Byways and Highways of our Continental United States (the Organic Land) absent of foreign 'colored' or imposed excise taxation constructs invented, by the racketeering States' Legislators, to abridge and steal Rights belonging to the Natural Peoples. These Substantive Rights are supported by, and asserted by, Royal Law; Moorish Law; Moslem / Muslim Law; The Law of the Great Peace; The Laws of Nature; Divine Law; Nature's God; The Laws of Nations; The Free Moorish Great Seal Zodiac Constitution; and Affirmed by Articles IV and VI of the Constitution Covenant of 1774 - 1781 A.D. = 1201 M. C., as lawfully adopted for The United States Republic, establishing its Republican Form of Government. Said Constitution established the Peoples' 'Supreme Law of the Land' to secure the Rights of the People, and to keep Government bound and in check by Official Oath, and by Official Bond. Down from the Ancients Ones, our Primogenitors, comes the Supreme Law of the Land!

**Egypt,** The Capital Empire of the Dominion of Africa. The Inhabitants of Africa are the Descendants of the Ancient Canaanites from the Land of Canaan. The Moabites from the Land of Moab who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa; they were the founders and are the true possessors of the present **Moroccan Empire.** With their Canaanite, Hittite and Amorite brethren who sojourned from the Land of Canaan seeking new homes. Their Dominion and Inhabitation extended from North-East and South-West Africa, across the great Atlantis even unto the present

Case 1:17-cv-00320-TDS-LPA Document 10 Filed 04/18/18 Page 4 of 11

**North, South** and **Central America** and also **Mexico** and the **Atlantis Islands**; before the great earthquake, which caused the great Atlantic Ocean.

The 'Great Seal Pyramid' is the 'National Emblem and Insignia' of The Moorish Nation / Empire of North America (geographical location). The Great Pyramid is also the archaic symbol for Civilization on the planet Earth. The honorable Moors' acknowledgement of our 'Great Seal' indicates those Heirs who own up to, who support, and who proclaim, our 'Free National Government'. Moors who are 'Active' and NOT 'Passive' in the Social, Civilization, Culture and Custom matters, involving Law, Order and Governmental Principles, are hereby entreated to support this Affirmation. Moors / Muurs who strive toward this end, with honor, are entrusted by Noble Drew Ali, to help in the great humanitarian work of uplifting ourselves, our fellow-man, and humanity at large. We seek, at all times, to be conscious of the works, instructions, and acts necessary to teach, preserve and defend the Birthrights of All Moorish Americans (Al Moroccans), etc.

The Noble Moors / Muurs (Heirs Apparent) are the Natural Members / Citizens of the Ancient Al Moroccan Empire (North America) and are duty-bound to recognize and to support our 'Great Seal' Sovereign Moorish Government and Nation of the Natural People, and command the enforcement of our Constitution. Thus, such organized communication Orders are referred to as "The Great Seal National Association of Moorish Affairs". The Free Moorish Nation - inclusive of all the Aboriginal / Indigene Tribes and Provinces of the Natural People, etc., are the rightful bearers of the Names and Titles, **Ali, El, Bey, Dey**, and **Al**. The Free Moors / Muurs, by Freehold Inheritance, retain all Substantive Rights and Immunities; enjoy the exercising of Substantive Rights, and operate upon consummated, Right-Law, Isonomi - Principles; having vested Constitution - secured Rights and Immunities from TAXATION, and from Criminal and Civil Jurisdiction by, and of, the Union States Rights Republic (U.S.A.), pursuant to, but not limited to, the United States Republic Supreme Court, and the 'Acts of State' to wit:

*"Every Sovereign State (People) is bound to respect the independence of every other Sovereign State (People) and the courts of one country (People) will not sit in judgment on the acts of the government of another, done within (the same or) its own territory..."*

The present Union States Municipal and Civil Laws and Codes of the Land are an 'incorporated unit of self-government' established by the political powers of the 'General Assembly' of each State of the Union, and initiated at Philadelphia, Pennsylvania, North America, in the year Eighteen fifty-four (1854). It governs 'ONLY' the rights and conduct of "WHITE PEOPLE", Christians and Jews, of the Eighteen sixty-three (1863) Union States Rights Republic, under the Magna Charta (Charter), the Knights of Columbus Code, and the Ku Klux Klan Oath. Forever said Union States Rights Republic denies citizenship in the United States Republic (U.S.A.) to the descendants of the Moorish Nation in the Western Hemisphere, erroneously referred to, and 'branded' and mislabeled as, Negroes, Blacks, Coloreds, and African Americans, etc., etc. In addition, the Supreme Court of the United States (in the landmark case) of "Dred Scott v. Sandford" 60 US (19 Howard) 393 (1857) held that Negroes—whether held to slavery or free– were not included and were not intended to be included in the 'category' of 'citizen' (subjects) of the Union States Rights Republic. Resultantly, the True Indigene Nobles of the Al Moroccan Empire (Free Moors), bearers of the Names / Titles, Ali, El, Bey, Dey and Al, are excluded from the Union States Rights Republic (U.S.A.) jurisdiction. The True Nobles of the Al Moroccan Empire are Sovereign, Private, and Self-Governed, by 'Right-Law' Principles and customs; and ONLY Obligated to the 'Free Moorish Zodiac Constitution' - Circle 7 - archaically established by our Ancient Fore-Mothers and Fore-Fathers. Such extended allegiance and 'Obligation' includes 'The Great Seal' and the High Principles and Moor-al Standards, embodied in the Moorish National Flag (Standard) - **Love, Truth, Peace, Freedom**, and **Justice**. The True Al Moroccan Noble Indigenes of the Land maintain a Constitutional and lawful, NON-OBLIGATORY tax 'Status' and position, relative to 'FOREIGN ENTITY TAXATION' (Indigenes Not Taxed) and maintain a NON– OBLIGATORY respect for the Union States Rights Republic (U.S.A.), its members, its laws; its ordinances; its codes; it customs and its traditions, pursuant to: The Free Moorish American Zodiac Constitution - Articles IV and VI; The Treaty of Peace and Friendship Between the United States and Morocco -Seventeen Eighty-Seven (1787) - superseded by the Treaty of Eighteen Thirty-Six (1836); Resolution 75: Journals of The House of Representatives; United States - April 17, 1933 A. D. - Moorish American Society of Philadelphia and the Use of Their Names; The United Nations "**Declaration of the Rights of the Child**" General Assembly Resolution 1386 (XIV), 14 U.N. GAOR Supp. (No, 16) at 19, U.N. Doc. A/4354 (1959); The United Nations "**Universal Declarations on Human Rights**" Article XV, General Assembly Resolution 217 A (III) of 10, December 1948 A.D.; "**Executive Order 13107**"—United States Republic, North America -The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX—Reservation of the Rights of the People; The United States Department of Justice Moorish Credentials; Free Moorish Zodiac Constitution, Truth A-1 Classified; The United States Copyright Certificate Number AA222141 Clock of Destiny; The Moorish Nationality and Identification Card; Moorish Holy Temple of Science / Moorish Science Temple Identification Card, etc.

**Furthermore**, I Assert My full Birthrights - Sovereignty and Substantive Rights and claim to Hereditaments - Being a Sundry Free Moor / Muur and a (Natural Being) pursuant to: Moabite / Moorish Pedigree; The Free Moorish Zodiac Constitution; The Great Seal of the Moorish Nation (Ab Antiquo); The Treaty of Peace and Friendship - 1787 / 1836; The Sundry Free Moors Act of 1790; The 1781 Organic United States Constitution; The Moorish Federal Financiers Act (Union States Army: 1861 -1863); The 1854 Roman Catholic Magna Charta; the Knights of Columbus Code; The Ku Klux Klan Oath; The United Nations Charter, Article 55(c); The Rights of Indigenous People: Part I, Articles 1, 2, 3, 4, 5; Part II, Article 6; The United States Supreme Court - 'Acts of State'; The foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on International Road Traffic - Day 19, September 1949, The World Court Decision, The Hague, Netherlands - Day 21, January 1958 A.D = 1378 M.C. In reference to the Rights of the Natural People and Substantive Rights, etc., the following are pertinent Supreme Court Decisions, (Stare Decisis) to wit:

1. **The** Right to Travel; The Right to Mode of Conveyance; The Right to Locomotion are all Absolute Rights, and the Police can not make void the exercise of Rights. **State v. Armstead, 60 s. 778, 779, and 781**:

2. **The** use of the highways for the purpose of travel and transportation is not a mere privilege, but a common and Fundamental Right of which the public and Natural Beings cannot be deprived. **Chicago Motor Coach v. Chicago 337 Illinois 200, 169 NE 22, ALR, Ligare v. Chicago 139 ILL. 46, 28 HE 934, Boone v. Clark 214 SW 607, 25 AM jur (1st), Highways, sec. 163:**

3. **The** Right to Park or Travel is part of the Liberty of which the Natural Person, citizen cannot be deprived without "due process of law" under the 5th Amendment of the United States Constitution. **Kent v. Dulles 357 US 116, 125:**

4. **The** Right of a citizen to Travel upon the public highways and to transport one's property thereon, either by carriage or automobile, is not a mere privilege, which a City may prohibit or permit at will, but a common Right, which he / she has under the Right to Life, Liberty, and the Pursuit of Happiness. **Thompson v. Smith 154 SE 579:**

5. **State** Police Power extends only to immediate threats to public safety, health, welfare, etc., **Michigan v. Duke 266 US, 476 Led. At 449:** which driving and speeding are not. **California v. Farley Ced. Rpt. 89, 20 CA3rd 1032 (1971):**

6. **The** state is prohibited from violating Substantive Rights. Owens v. City, 445 US 662 (1980); and it can not do by one power (eg. Police Power) that which is, for example, prohibited expressly to any other such power (eg. Taxation / Eminent Domain) as a matter of Law. **US and UT v. Daniels, 22 p 159,** nor indirectly that which is prohibited to it directly. **Fairbanks v. US 181, US 283, 294, 300:**

7. **Traveling** in an automobile on the public roads was not a threat to the public safety or health and constituted no hazard to the public, and such a traveler owed no other duty to the public (eg. the State); he / she and his / her auto, having equal right to and on the roadways / highways as horses and wagons, etc.; this same right is still Substantive Rule, in that speeding, running stop signs, traveling without license plates, or registration, are not threats to the public safety, and thus, are not arrestable offenses. **Christy v. Elliot, 216 I 131, 74 HE 1035, LRA NS 1905—1910: California v, Farley 98 CED Rpt. 89, 20 CA 3d 1032 (1971).**

8. **Under** the United States Republic's Constitutional system of Government and upon the individuality and intelligence of the citizen, the State does not claim to control one's conduct to others, leaving one the sole judge as to all that affects oneself. **Mugler v. Kansas 1213 US 623, 659—60:**

9. **Where** Rights secured by the Constitution are involved, there can be no rule - making or legislation, which would abrogate them. **Miranda v. Arizona 384 US 436, 125:**

10. **The** claim and exercise of Constitutional Rights cannot be converted into a crime. **Miller v. Kansas 230 F 2nd 486, 489:**

11. **For** a crime to exist, there must be an injured party (Corpus Delicti). There can be no sanction or penalty imposed on one because of this Constitutional Right. **Sherer v. Cullen 481 F. 945:**

12. **If** any Tribunal (court) finds absence of proof of jurisdiction over a person and subject matter, the case must be dismissed. **Louisville v. Motley 211 US 149, 29S. CT 42.** "The Accuser Bears the Burden of Proof Beyond a Reasonable Doubt".

13. "**Lack** of Federal Jurisdiction cannot be waived or overcome by agreement of parties". **Griffin v. Matthews, 310 F Supra 341, 342 (1969):** and "Want of Jurisdiction may not be cured by consent of parties". **Industrial Addition Association v. C.I,R., 323 US 310, 313.**

**Whereas,** In light of the foregoing Jurisprudence 'Stare Decisis' Supreme Court Decisions, Facts, and Law; and counter to the negative and 'colorable' social conditions instituted by State Persons of the Union States Society, there exists a blatant 'WANT OF JURISDICTION' on the part of the Union States Rights Republic (U.S.A.), its agents, personnel, contractors, and assigns. Axioms are legally in force under National and International Law attending these issues. And this Affiant (Natural Person - In Propria Persona) does not waive any rights; does not transfer power of attorney; and does not willingly consent to any public trial or hearing in any 'colorable' tribunal venue or non-Article III, unconstitutional jurisdiction. The Official Oaths, the Obligations, and the Fiduciary duties of all accusers and bound 'claimants' to National Law and Order; Civilization Principles fixed in Constitution Law, still stands! Definition and Truth still Rules. NON-COMPLIANCE is a Federal and International Law offence.

**Whereas,** there is no question that a 'Bench Appearance Summons', Detention, Arrest and Ticket or Citation issued by a Police Officer or others for traveling with no driver's license, foreign driver's license, not having current registration, or mandatory insurance, etc., which carries a fine or jail time, is a penalty or sanction and is indeed "converting a right into a crime"; thus violating Substantive Rights. It is reasonable to assume that these Supreme Court judicial decisions are straight and to the point, that there is no lawful method for government to put restrictions or limitations on Rights belonging to the People.

**That** the Organic United States Republic Constitution (derived from Ancient Moabite / Moorish Law) remains 'The Supreme Law of the Land'. And all Treaties made, or which shall be made, under the Authority of The United States Flag of Peace, pursuant to United States Code, Title 4, Chapter 1. Any law that is Repugnant to the Constitution, shall remain forever 'colorable' and is Null and Void. Marbury v. Madison 5 U.S. 137, 174, 176 (1803). Any Municipal Officer, Person, Personnel, Employee or Contractor who violate the Rights of the People or Citizens are subject to suit in their personal and / or official capacity to wit:

### Title 18, Part 1, Chapter 13 §241 of United States Codes of Law:

*If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, commonwealth, Possession, or district in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or Laws of the United States, or because of his having so exercised the same; or...*

*If two or more persons go in disguise on the highway, or on the premises of another, with the intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured -*

*They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.*

### Title 18, Part 1, Chapter 13 §242 of United States Codes of Law:

*Whoever, under 'color' of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or Laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, that are prescribed for the citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section, or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years or for life, or both, or may be sentenced to death.*

### Title 18, Part 1, Chapter 13 §245 of United States Codes of Law:

*Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying (the estate, identified as) any benefit, service, privilege, program, facility or activity, provided or administered by (a person / agent / Officer / Public Servant, operating through an agency, corporation, or association of) the United States; [or] applying for or enjoying employment or any prerequisite thereof, by any agency of the united states; shall be fined under this title, or imprisoned not more than one year, or both.*

**Therefore**, in preservation of 'The Rights of Indigenous Peoples' and the Preservation of the Rights of the People, in accord and defense of the Constitution for the United States Republic of North America and its Republican Form of Government - being the 'Supreme Law of the Land'; and primal to the contractual liabilities, Oath - bound Obligations, and Fiduciary Duties of the Officers of the Courts - Federal, State, City, and Municipal, etc., I hereby, Demand the enforcement of the De jure Laws of the United States, and all Treaties made under the Authority of The United States, in accord with Article VI of the Constitution; The Bill of Rights; The Declaration of the Rights of the Child; The Rights of Indigenous Peoples; The Universal Declaration of Human Rights; The United Nations Charter, Article 55(c); The United States Supreme Court - 'Acts of State'; The Foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on 'International Road Traffic'—Day 19, September 1949, The World Court Decisions, The Hague, Netherlands, Day 21, January 1958 A.D = 1378 M.C.; and **"Executive Order 13107"** - United States Republic, North America: The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX, etc., etc. I hereby, Demand a Dismissal of any and all unconstitutional sanctions, claims, or other warrants or charges made or issued, which are devoid of true identity personages; a denial of 'Due Process' of a 'Trial' by a Jury of my own National Peers; or absent of a verified and lawful Indictment, sanctioned by an assembled Grand Jury; and that I be availed all lawful Constitutional - secured safeguards, established by the Supreme Law; with documented proper Jurisdiction and Venue confirmed and in place.

**Wherefore** all parties of interest are Authorized by this Writ, pursuant to National and International Law, to honor all Substantive Rights and Constitutional Immunities reserved for, and to, this Aboriginal / Indigenous Free and Sovereign Moor / Muur*. All Officials are to enlist all available and appropriate measures to ensure, and assure, that all My Substantive Rights and Constitutionally - secured Rights and Immunities are not violated, not breached, nor abridged. The Sovereign, Natural Being, named herein, is not to be Arrested nor held for Detention under any 'colorable' circumstances! You are to notify the active Ministers of the Aboriginal / Indigenous Moorish Nationals of the Territory (Organic Land). The Natural Person named herein is NON-OBLIGATORY and thus Exempt from Customs, Tariffs, Taxation, 'Owner in Fee' permit-deception Constructs, and from any other hindrance or restriction of His or Her Freedoms, Allodial Properties, Compensations, Rights of Travel, or Freedom of Movement on, in, or within, any member or non-member States of the United States Union, etc. The Moor / Muur (bearer of this Indigenous Peoples' Document) is to be treated with all due Respect and 'Due Process' Rights under the Law. All available and appropriate measures are to be taken to prevent injustice, harm, false arrest, trumped –up charges, or attack on the Natural Being's Person, Property, Personality, Conveyances, Freedoms, and / or Dignity.

**Explicit** Reservation and use of 'All Rights Reserved Without Prejudice' U.C.C. 1– 207 / 308, U.C.C. 1-103, is Noted To All Federal, State, City, and Municipal Peace Officers; in harmony with State's Statutes, and indicates the Reservation of My Rights. Whereby I may Reserve My Substantive Rights and Constitutional - secured Rights and Immunities to 'NOT' be Compelled to perform under any Contracts or Agreements that I have not entered into knowingly, voluntarily, willingly, or unintentionally. I do not accept any actual or implied 'Liabilities' associated with any 'COMPELLED - BENEFITS' of any 'unrevealed' or deceptively-imposed commercial contracts. I, furthermore, do not sanction any 'unconstitutional' rules or policies, nor acts of Misprision committed by any U.S. Government or State Officials, at any level, claimed by any of them, in the name of the United States Republic, nor do I assent to any implied colorable policies made by alleged representatives, as being sanctioned by the People and Citizens. Consider any formerly-assumed constructs alleged to be related to me as being misrepresentations and thusly 'Cured' forthwith. Let it be known…:

**Represent** means to 'Depict' to 'Portray', to 'Symbolize' and to 'Stand for'. Let it be known that the Union States Society 'Bar Association' Lawyers, Esquires, and Attorneys of European Colonial descent, and foreign corporation, cannot depict, portray or symbolize a Free Moor; as they are not of the same Nation Jurisdiction, Customs, or National Peers; and cannot sit in judgment of any Free Moor (Acts of State). Europeans are not Indigenes to the Land (Americas) - Moors are Aboriginal! Union States Lawyers and Attorneys operate in Demo - political format, which is contrary to Article IV, Section 4 of the Constitution for the United States. Moors operate in a Republican Form of Government, conjoined with Isonomi Principles - being in harmony with the Constitution. Moors respect Constitution Principles. The unconstitutional Tribunals operating under the Union States Society conflicts with, and is repugnant to, "Due Process" under Constitution Principles, and functions primarily in 'colorable' procedures. Therefore, no 'Fair', 'Just' trial, or remedy is availed to the Natural Peoples of the Land, through such 'colorable' processes! These violating acts constitute a 'Conflict of Interest', a 'Conflict of Law' and clearly establishes the 'Federal Questions' of 'Diversity of Citizenship'; a Conflict of Identity; and of Nationality etc. Thus, a clear '**Averment of Jurisdiction**' is also hereby proclaimed and advanced. Only Moors can 'Present' and 'Depict' themselves as being Moors / Al Moroccans, and Aboriginal /Indigenes of the Land! Thus, only Moors can '**Present**' '**Self**'!

I, , **Noble Roscoe Augustus Hudson II Bey**, A real, live flesh and blood, breathing, non-fictional, and Natural Being, born of a natural Mother, do solemnly, sincerely, and squarely Affirm that the foregoing facts contained in this Constructive and Actual Judicial Notice, Lawful Warning and Affidavit of Fact: Default Judgment, by Affirmed Affidavit, are true, to the best of my knowledge, Culture, Customs and Beliefs; being actual, correct, not misleading, etc.; and being the Truth, the whole Truth, and nothing but the Truth.

Hibu (Love), Haqq (Truth), Salaam (Peace), Hurryatun (Freedom), Adl (Justice),
**All** Rights Reserved Without Prejudice / Recourse; Allodial Claim.

*I.S.L.A.M.*

I Am: *[signature]*
Noble Roscoe Augustus Hudson II Bey
Moor American National,
Natural Person, In Propria Persona Sui Juris:
Ex Relatione: ROSCOE AUGUSTUS HUDSON; JR.
All Rights Reserved Allodial without Recourse with Prejudice
[c/o 137 Daneborg Road]
[Near DURHAM NORTH CAROLINA
Zip Exempt [27703]]
Via North Carolina State Republic
Via United States Republic
*Northwest Amexem / Northwest Africa / North America/ Al Morocco/Al Mahrib Al Aqca*
*'The North Gate'.*
Non-Domestic

Cc:

Case 1:17-cv-00320-TDS-LPA  Document 10  Filed 04/18/18  Page 7 of 11

International Criminal Court
Fatou Bensouda
Po Box 19519
2500 CM, The Hague
The Netherlands
otp.informationdesk@icc-cpi.int

International Court of Justice
Peace Palace
Carnegieplein 2
2517 KJ The Hague
The Netherlands

Anaidah El, Minister / Dominus Nobilis El, Minister
Great Seal National Association of Moorish Affairs
c/o 141 Weston Street #1145
near Hartford, Connecticut [06143]

Flagship Credit Acceptance LLC
P.O. Box 660057
Dallas, TX 75266-0057




# 000000770     I=00000

770 1 MB 0.421
ROSCOE A HUDSON JR
137 DANEBORG RD
DURHAM NC 27703-9490

Date: January 28, 2018

## Explanation of Calculation of Surplus or Deficiency

Secured Party: Flagship Credit Acceptance LLC (Flagship)
Re:     Account No.: 1168251
        Retail Installment Sale or Credit Sale Contract dated 12/14/2015 ("Agreement")
        2005 AUDI A8 WAUML44E15N009237 ("Vehicle")

Dear ROSCOE A HUDSON JR: — *Evidence of Identy Theft / Fraud*

Please be advised that we disposed of the Vehicle on 02/14/2017. The proceeds of the sale have been applied as explained below. If you financed a premium for credit insurance under your Agreement, you may be entitled to a refund of any unearned portion of the premium.

| # | Description | | Amount | | Total |
|---|---|---|---|---|---|
| 1. | Aggregate unpaid balance of Agreement as of 01/28/2018 | | $14,211.88 | | |
| 2. | Rebate of unearned finance charges as of 01/28/2018 if any | − | $0.00 | | |
| 3. | Accrued and unpaid late fees | + | $0.00 | | |
| 4. | Net balance due (1 minus 2 plus 3) | | | = | $14,211.88 |
| 5. | Gross proceeds from the sale of the Vehicle | | | − | $3,600.00 |
| 6. | Subtotal after deducting proceeds of sale (4 minus 5) | | | = | $10,611.88 |
| 7. | Costs of retaking the Vehicle | | $0.00 | | |
| 8. | Costs of storing, preparing, and selling the Vehicle | + | $710.00 | | |
| 9. | Attorneys' fees and court costs | + | $0.00 | | |
| 10. | Other costs [describe] _____ | + | $0.00 | | |
| 11. | Total Costs (7 through 10) | | | = | $710.00 |
| 12. | Credit: Rebate of unearned insurance premiums | | $0.00 | | |
| 13. | Credit: Refund of unearned warranty and maintenance charges | | $0.00 | | |
| 14. | Credit: Refund of unearned GAP waiver charges | | $0.00 | | |
| 15. | Total Credits (12 through 14) | | | = | $0.00 |
| 16. | Balance due/surplus after sale (6 plus or minus 11, plus or minus 15) | | | = | $11,321.88 |

(The checked box applies to you).

[X] Deficiency balance for which you are liable and for which demand* is hereby made $11,321.88.**
[ ] Surplus balance remitted to you herewith $0.00**
[ ] Surplus balance paid to a subordinate party $0.00.
**Future debits, credits, charges, finance charges or interest, rebates or other expenses may affect this amount.

If you need more information about the transaction call us at 1-888-978-8580, or write us at PO Box 660057 Dallas, TX 75266-0057.

Sincerely,

Flagship Credit Acceptance LLC

We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

* NOTICE: If you are entitled to the protections of the United States Bankruptcy Code (11 U.S.C. §§ 362; 524) regarding the subject matter of this letter, the following applies to you: **THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT, ASSESS, OR RECOVER A CLAIM IN VIOLATION OF THE BANKRUPTCY CODE AND IS FOR INFORMATIONAL PURPOSES ONLY.**

4849-1916-9538 (Generic)                                        Form 2314 Generic (LS-LT-0369), Version 1.2

# MAGISTRATE'S ORDER

STATE OF NORTH CAROLINA

| Law Enforcement Case No. | LID No. | SID No. | FBI No. |
|---|---|---|---|
| RALEIGH POLICE DEPARTMENT | | | |

**Offense**
I M-RESISTING PUBLIC OFFICER

**THE STATE OF NORTH CAROLINA VS.**

In The General Court Of Justice
WAKE County
District Court Division

**Name And Address Of Defendant**
ROSCOE AUGUSTUS HUDSON
ANYWHERE
RALEIGH
WAKE COUNTY
Alias 1: ROSCOE AUGUSTUS HUDSON JR.

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| B | M | 08/26/1973 | |

**Social Security No.** 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
**Drivers License No. & State** 27619 [handwritten]

**Offense Code(s)** I 5310
**Offense In Violation Of G.S.** I 14-223

**Date Of Offense** 03/17/2018 through 03/17/2018

**Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)** 03/17/2018

**Arresting Officer (Name, Address Or Department)**
B.S. COBLE
RALEIGH POLICE DEPARTMENT

**Name Of Defendant's Employer**

**Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)**

I, the undersigned find that the defendant named above has been arrested without a warrant and the defendant's detention is justified because there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully and willfully did resist, delay and obstruct B.S COBLE, a public officer holding the office of RALEIGH POLICE DEPARTMENT, by INTERFERING WITH THE ARREST OF A SUSPECT FOR TRESPASSING AND FAILING TO LISTEN TO OFFICERS AFTER BEING TOLD TO LEAVE THE AREA SEVERAL TIMES. At the time, the officer was discharging and attempting to discharge a duty of his office by MAKING A PHYSICAL ARREST.

[handwritten annotations: "Evidence of Identify theft / Treason", "Evidence of Identification", "Co-Conspirators"]

This act was in violation of the law referred to in this Magistrate's Order. This Magistrate's Order is issued upon information furnished under oath by the arresting officer(s) shown. A copy of this Order has been delivered to the defendant.

| Signature | | | Location Of Court | Date Issued | Court Date | Court Time |
|---|---|---|---|---|---|---|
| S. A. JONES | ☒ Magistrate ☐ Assistant CSC | ☐ Deputy CSC ☐ Clerk Of Superior Court | Wake County Justice Center, WCJC 300 S SALISBURY ST RALEIGH, NC 27602 | 03/17/2018 | 04/13/2018 | 07:45 ☒ AM ☐ PM |

☐ Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan

AOC-CR-116, Rev. 4/14
© 2014 Administrative Office of the Courts

**DEFENDANT COPY**

| STATE OF NORTH CAROLINA | | File No. 18CR 205189 | |
|---|---|---|---|
| WAKE County | | In The General Court Of Justice [X] District [ ] Superior Court Division | |

**STATE VERSUS**

Name And Address Of Defendant
ROSCOE AUGUSTUS HUDSON
ANYWHERE

RALEIGH  NC  27610

**CONDITIONS OF RELEASE AND RELEASE ORDER**

# 18RO300643

G.S. Chapter 15A, Art. 25, 26

Amount Of Bond
$ $1,000.00

Offenses And Additional File Numbers
18CR205189 MAG ORDR; M-RESISTING PUBLIC OFFICER

*Evidence of abduction* -330  [ ] See Attachment

| Location Of Court | | Date | Time | |
|---|---|---|---|---|
| Wake County Justice Center; WCJC | [X] District [ ] Superior | 04/13/2018 | 07:45 | [X] AM [ ] PM |

**To The Defendant Named Above**, you are ORDERED to appear before the Court as provided above and at all subsequent continued dates. If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear. You also may be arrested without a warrant if you violate any condition of release in this Order or in any document incorporated by reference.

The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel and friends.
[X] Your release is authorized upon execution of your: [ ] WRITTEN PROMISE to appear  [ ] UNSECURED BOND in the amount shown above
  [ ] CUSTODY RELEASE  [X] SECURED BOND in the amount shown above (**NOTE:** Give a copy of this order to any surety who posts bond.)
  [ ] HOUSE ARREST with ELECTRONIC MONITORING administered by (agency) _____ and the SECURED BOND above. You may leave your residence for the purpose(s) of [ ] employment [ ] counseling [ ] course of study [ ] vocational training

[ ] Your release is not authorized.
[ ] The defendant is required to provide (check all that apply) [ ] fingerprints under G.S. 15A-502. [ ] a DNA sample under G.S. 15A-266.3A.
    Prior to release, the defendant shall provide his/her (check all that apply) [ ] fingerprints. [ ] DNA sample.
[ ] The defendant has been [ ] (i) charged with a felony while on probation (complete AOC-CR-272, Side One). [ ] (ii) arrested for violation of probation with a pending felony charge or prior conviction requiring registration under G.S. 14, Article 27A (complete AOC-CR-272, Side Two).
[ ] This Order is entered upon defendant's warrantless arrest for violation of conditions of release entered previously for the above-captioned case in the Order dated _____.
[ ] The defendant was arrested or surrendered after failing to appear as required under a prior release order.
[ ] This was the defendant's second or subsequent failure to appear in this case.
[ ] Your release is subject to the conditions as shown on the attached [ ] AOC-CR-270. [ ] Other: _____.

Additional Information

| Date | Signature Of Judicial Official | | |
|---|---|---|---|
| 03/17/2018 | S. A. JONES | [X] Magistrate [ ] Deputy CSC [ ] Assistant CSC [ ] Clerk Of Superior Court [ ] District Court Judge [ ] Superior Court Judge | |

**ORDER OF COMMITMENT**

To The Custodian Of The Detention Facility Named Below, you are ORDERED to receive in your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are ORDERED to: [X] produce him/her in Court as provided above.
[ ] hold him/her  [ ] as provided on the attached AOC-CR-272.  [ ] for the following purpose: _____

[ ] [Check in all domestic violence and stalking cases covered by G.S. 15A-534.1(b)] produce him/her at the first session of District or Superior Court held in this county after the entry of this Order or, if no session is held before (enter date and time 48 hours after time of arrest) _____, _____
  [ ] AM [ ] PM  produce him/her before a magistrate of this county at that time to determine conditions of pretrial release.

| Name Of Detention Facility | Date | Signature Of Judicial Official |
|---|---|---|
| WAKE COUNTY JAIL | 03/17/2018 | S. A. JONES |

**WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE**

I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above. I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by his/her signature to supervise me.

| Date | Signature Of Defendant | Signature Of Person Agreeing To Supervise Defendant |
|---|---|---|
| | | |

| Name Of Person Agreeing to Supervise Defendant (type or print) | Address Of Person Agreeing To Supervise Defendant |
|---|---|
| | |

**DEFENDANT RELEASED ON BAIL**

| Date | Time | | Signature Of Jailer |
|---|---|---|---|
| | | [ ] AM [ ] PM | |

AOC-CR-200, Rev. 12/16
© 2016 Administrative Office of the Courts

**DEFENDANT COPY**